**THE COREA FIRM, P.L.L.C.**
Thomas M. Corea
Texas Bar No. 24037906
Jeremy R. Wilson
Texas Bar No. 24037722
The Republic Center
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201
Telephone:(214)953-3900
Facsimile: (214)953-3901

**OTSTOTT & JAMISON, P.C.**
George A. Otstott
Texas Bar No. 15342000
Ann Jamison
Texas Bar No. 00798278
Two Energy Square
4849 Greenville Avenue, Suite 1620
Dallas, Texas 75206
Telephone:(214)522-9999
Facsimile: (214)828-4388

**ATTORNEYS FOR PLAINTIFFS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, *et al.*, | § | |
|     Plaintiffs, | § | CAUSE NO. 2:07-cv-00001-TJW |
| | § | |
| v. | § | JUDGE: T. JOHN WARD |
| | § | |
| ACXIOM CORPORATION, *et al.*, | § | **NOTICE OF APPEARANCE** |
|     Defendants. | § | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT:

    PLEASE TAKE NOTICE THAT the following counsel hereby enters appearance on behalf of all Plaintiffs. Accordingly, please forward all filings and communications to the Plaintiff as follows:

**NOTICE OF APPEARANCE**                                           Page 1

Jeremy R. Wilson, Esq.
THE COREA FIRM, P.L.L.C.
325 N. St. Paul Street, Suite 4150
Dallas, Texas 75201
Telephone:    214.953.3900
Facsimile:    214.953.3901

I certify that I am admitted to practice in this Court.

Respectfully submitted this 11th day of January, 2007.

                Respectfully submitted,

                **THE COREA FIRM, P.L.L.C.**


                /Jeremy R. Wilson/
                Thomas M. Corea
                Texas Bar No. 24037906
                Jeremy R. Wilson
                Texas Bar No. 24037722
                The Republic Center
                325 North St. Paul Street, Suite 4150
                Dallas, Texas 75201
                Telephone:  (214) 953-3900
                Facsimile:  (214) 953-3901

                **ATTORNEYS FOR PLAINTIFFS**