IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, ET AL | § | |
| | § | |
| VS. | § | Civil Case No. 2:07-CV-01 TJW |
| | § | |
| ACXIOM CORPORATION, a Delaware | § | |
| Corporation, et al | § | |

**DEFENDANT ACXIOM CORPORATION'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendant Acxiom Corporation files this unopposed motion seeking an extension of time to answer or otherwise respond to Plaintiffs' Complaint in the above-referenced cause until February 19, 2007. Accordingly, Defendant Acxiom Corporation respectfully requests that the Court enter an order extending its time to answer or otherwise respond to Plaintiff's Complaint until February 19, 2007.

An order reflecting the relief requested is attached for the Court's convenience.

Respectfully submitted,

*/s/ Patrick Kelley*
Patrick Kelley
State Bar No. 11202500
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone:(903) 561-1600
Facsimile: (903) 581-1071

**ATTORNEY FOR DEFENDANT
ACXIOM CORPORATION**

## **CERTIFICATE OF CONFERENCE**

I certify that on February 7, 2007, I conferred with counsel for Plaintiff, Jeremy R. Wilson, who agreed to Defendant Acxiom Corporation's request for an extension of time to answer or otherwise respond to Plaintiffs' Complaint.

 /s/ Patrick Kelley                              
PATRICK KELLEY

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Patrick Kelley                              
PATRICK KELLEY