IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, ET AL | § | |
| | § | |
| VS. | § | Civil Case No. 2:07-CV-01 TJW |
| | § | |
| ACXIOM CORPORATION, a Delaware | § | |
| Corporation, et al | § | |

**ORDER GRANTING DEFENDANT ACXIOM CORPORATION'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Before the Court is Defendant Acxiom Corporation's unopposed motion seeking an extension of time to answer or otherwise respond to Plaintiffs' Complaint-Class Action in the above-referenced cause until February 19, 2007. After considering the motion, and that Plaintiffs have agreed to the extension, the Court finds that it is well taken and is hereby GRANTED. Accordingly, Defendant Acxiom Corporation shall have until and including February 19, 2007, to answer or otherwise respond to Plaintiffs' Complaint..