IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, <u>et</u> <u>al</u>., | : | CAUSE NO. 2:07cv01 |
| Plaintiffs, | : | JUDGE T. JOHN WARD |
| v. | : | |
| ACXIOM CORPORATION, <u>et</u> al., | : | **[PROPOSED] ORDER GRANTING JOINT MOTION OF DEFENDANTS REED ELSEVIER INC., SEISINT, INC. AND CHOICEPOINT ENTITIES TO DISMISS FIRST AMENDED COMPLAINT** |
| Defendants. | : | |

_____

This cause is currently before the Court on the Joint Motion of Reed Elsevier Inc., Seisint, Inc. and ChoicePoint Entities to Dismiss or, Alternatively, to Stay Plaintiffs' Action. Having considered the briefs and the arguments of the parties, the Court finds the motion to be well-taken. Accordingly, it is ORDERED that this cause be dismissed as to Defendants Reed Elsevier Inc., Seisint, Inc., ChoicePoint Inc., ChoicePoint Public Records Database Technologies Inc., ChociePoint Public Records Inc. and ChoicePoint Services Inc.

179387.1