Taylor et al v. Acxiom Corporation et al — Doc. 14 Att. 2
Case 2:07-cv-00001-TJW  Document 14  Filed 02/23/2007  Page 1 of 1
Case 0:03-cv-61063-JEM  Document 408  Entered on FLSD Docket 09/08/2006  Page 1 of 1

FILED by _____ D.C.
SEP - 7 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 03-61063-CIV-MARTINEZ-BANDSTRA

RICHARD FRESCO, *et al.*,

    Plaintiffs,

vs.

AUTO DATA DIRECT, INC., *et al.*,

    Defendants.
_____/

## ORDER DENYING MOTION TO REOPEN THE CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon Plaintiff's Cross Motion to Reopen the Case **(D.E. No. 390-1)**. The Court has carefully considered the motion and is otherwise duly advised. The Court denies the motion at this juncture during the ongoing mediation process. It is hereby:

**ORDERED AND ADJUDGED** that

Plaintiff's Cross Motion to Reopen the Case **(D.E. No. 390-1)** is **DENIED without prejudice**.

DONE AND ORDERED in Chambers at Miami, Florida, this 6 day of September, 2006.

                              JOSE E. MARTINEZ
                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record

Dockets.Justia.com