CLOSED, TEB

# U.S. District Court
## Southern District of Florida (Ft. Lauderdale)
### CIVIL DOCKET FOR CASE #: 0:03-cv-61063-JEM

Brooks, et al v. Auto Data Direct, et al
Assigned to: Judge Jose E. Martinez
Referred to: Magistrate Judge Ted E. Bandstra
Demand: $0
Case in other court: 17th Jud. Cir., CACE03-007410
Cause: 28:1441 Notice of Removal

Date Filed: 05/29/2003
Jury Demand: Defendant
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**Richard Fresco**                    represented by   **Barbara Perez**
Aronovitz Trial Lawyers
150 W Flagler Street
Suite 2700 Museum Tower
Miami, FL 33130
305-372-2772
Fax: 375-0243
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Dickey Welch**
Welch Finkel & Schuyler
Great Western Bank Building
2401 East Atlantic Boulevard
Suite 400
Pompano Beach, FL 33062
954-943-2020
Fax: 782-1552
Email: ddw123@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory William Kehoe**
James Hoyer Newcomber &
Smiljamich
4830 West Kennedy Boulevard
Suite 550 One Urban Centre
Tampa, FL 33609
813-286-4100
Fax: 286-4174
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel Stephen Perwin**

Case 3:07-cv-00001-TJW    Document 14    Filed 02/23/2007    Page 2 of 3

| 10/08/2004 | 359 | SEALED DOCUMENT placed in vault (bb, Deputy Clerk) (Entered: 10/12/2004) |
|---|---|---|
| 10/08/2004 | 360 | SEALED DOCUMENT placed in vault (bb, Deputy Clerk) (Entered: 10/12/2004) |
| 10/08/2004 | 361 | SEALED DOCUMENT placed in vault (bb, Deputy Clerk) (Entered: 10/12/2004) |
| 10/18/2004 | 362 | UNOPPOSED MOTION by eFunds Corporation to extend time to reply to plaintiffs' response in opposition to eFunds Corporation's motion to dismiss for lack of standing the plaintiffs' first amended class action complaint (bb, Deputy Clerk) (Entered: 10/19/2004) |
| 10/20/2004 | 363 | ORDER granting [362-1] motion to extend time to reply to plaintiffs' response in opposition to eFunds Corporation's motion to dismiss for lack of standing the plaintiffs' first amended class action complaint ( Signed by Judge Jose E. Martinez on 10/19/04) [EOD Date: 10/21/04] (bb, Deputy Clerk) (Entered: 10/21/2004) |
| 10/22/2004 | 364 | SEALED DOCUMENT placed in vault (wc, Deputy Clerk) (Entered: 10/25/2004) |
| 10/22/2004 | 365 | SEALED DOCUMENT placed in vault (wc, Deputy Clerk) (Entered: 10/25/2004) |
| 10/22/2004 | 366 | SEALED DOCUMENT placed in vault (wc, Deputy Clerk) (Entered: 10/25/2004) |
| 10/27/2004 | 367 | RESPONSE by Richard Fresco to [354-1] motion for expedited consideration of defendants' motion for summary judgment on actual damages and cross motin for expedited consideration of defendants' motion for judgment on the pleadings (bs, Deputy Clerk) (Entered: 10/27/2004) |
| 12/10/2004 | 368 | NOTICE of Unavailability by Choicepoint Public, Choicepoint, Inc., Choicepoint Precisio for dates of: 12/24/04 - 01/02/05 (bb, Deputy Clerk) (Entered: 12/13/2004) |
| 01/10/2005 | 369 | NOTICE of Change of Firm Name by Seisint, Inc. (bb, Deputy Clerk) (Entered: 01/11/2005) |
| 01/24/2005 | 370 | NOTICE of Change of Address of attorney by Richard Fresco, Carlos F. Barrett, Jeffrey Hy, Mary Ann Collier, Roy McGoldrick, Robert Pino, Joel Levine, Kenneth W. Heretick, Russell V. Rosen (bb, Deputy Clerk) (Entered: 01/25/2005) |
| 03/08/2005 | 371 | ADMINISTRATIVE ORDER staying case , denying [322-1] motion to strike or alternatively, deny defendants' motion for summary judgment ( Signed by Judge Jose E. Martinez on 03/08/05) [EOD Date: 3/9/05] (bb, Deputy Clerk) (Entered: 03/09/2005) |
| 03/08/2005 | | CASE CLOSED. Case and Motions no longer referred to Magistrate. [362-1] motion to extend time to reply to plaintiffs' response in |

| | | |
|---|---|---|
| | | opposition to eFunds Corporation's motion to dismiss for lack of standing the plaintiffs' first amended class action complaint, [358-1] motion to extend time to file response in opposition to motion of defendant eFunds Corporation to dismiss for lack of standing the plaintiffs' first amended class action complaint as to defendant eFunds Corporation, [354-1] motion for expedited consideration of defendants' motion for summary judgment, [352-1] motion to extend time to file status report in compliance with this Court's order dated 09/14/04, [351-1] motion for leave to exceed page limit in defendants' reply memorandum in support of defendants' motion for summary judgment, [347-1] motion to extend time to file reply in support of motion to strike or deny eFunds' motion to dismiss for lack of standing the plaintiffs' first amended class action complaint as to defendant eFunds, [344-1] motion to extend time to file a response to plaintiffs' response in opposition to defendants' motion for summary judgment, [342-1] motion to extend time to file reply in support of plaintiff's motion to strike defendants' motion for summary judgment , [340-1] motion to file under seal plaintiffs' amended statement of material facts in support of plaintiffs response in opposition to defendants' motion for summary judgment, and exhibits in support therof , [339-1] motion to exceed page limit , [338-1] motion to exceed page limit , [334-1] motion for oral argument on all remaining motions , [332-1] motion to seal statement of material facts in support of plaintiffs' response in opposition to defendants' motion for summary judgment, and exhibits in support thereof , [329-1] motion to extend time to file response to motion for defendant efunds corporation to dismiss for lack of standing the plaintiffs' first amended class action complaint as to defendant efunds corporation , [328-1] motion to time to file reply in support of motion to strike or deny efunds' motion to dismiss for lack of standing the plaintiffs' first amended class action complaint as to defendant efunds , [326-1] motion for substitution of counsel; Law Firm of White & Case to be substituted as counsel of record , [322-1] motion to strike or alternatively, deny defendants' motion for summary judgment , [321-1] motion to strike or deny efunds Corporation's motion to dismiss for lack of standing the plaintiffs' first amended class action complaint , [314-1] motion to extend time to file a response to motion of Defendant eFunds Corporation to dismiss for lack of standing the plaintiffs' first amended class action complaint as to defendant eFunds Corporation , [314-2] amended motion , [313-1] motion to extend time to file response to defendants' motion for summary judgment and memorandum of law in support of motion for summary judgment , [313-2] amended motion , [312-1] motion to extend time to file response to motion of Defendant eFunds Corporation to dismiss for lack of standing the plaintiffs first amended class action complaint as to Defendant eFunds Corporation , [311-1] motion to extend time to file response to Defendants' motion for summary judgment and memorandum of law in support of motion for summary judgment , [309-1] motion to time to file response to Experian's motion for leave to file a surreply in opposition to Plaintiffs' motion to compel (bb, Deputy Clerk) (Entered: 03/09/2005) |
| 03/16/2005 | 372 | MOTION by Richard Fresco, Carlos F. Barrett, Jeffrey Hy, Mary Ann |