IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SHARON TAYLOR, et. al., <br> Plaintiffs, <br><br> v. <br><br> ACXIOM CORPORATION, et. al. <br> Defendants. | **CAUSE NO. 2:07cv01** <br><br> **JUDGE:  T. JOHN WARD** <br><br> **ORDER** |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Default or, Alternatively, Motion for Judgment on the Pleadings.  Having considered the matter, the Court is of the opinion that Plaintiffs' arguments are well-taken.  Accordingly, Plaintiffs' Motion is hereby GRANTED and it is hereby ADJUDGED that Defendants are in DEFAULT.

So Ordered, on this _____ day of _____, 2007.

_____
Honorable T. John Ward

Page 1