IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARDSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL NO. 2:07-CV-01 |
| | § | (T. John Ward) |
| ACXIOM CORP, ET AL., | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE OF DAVID J. BECK
AS "ATTORNEY-OF-RECORD" FOR DEFENDANTS
CHOICEPOINT, INC., CHOICEPOINT PUBLIC RECORDS, INC. AND
CHOICEPOINT SERVICES, INC.**

TO THE HONORABLE T. JOHN WARD:

COMES NOW, Defendants ChoicePoint, Inc., ChoicePoint Public Records, Inc. and ChoicePoint Services, Inc., and file this Notice of Appearance of David J. Beck as "Attorney-of-Record," and hereby notify the Court and all counsel of record that David J. Beck of the law firm of Beck, Redden & Secrest, L.L.P., One Houston Center, 1221 McKinney, Suite 4500, Houston, Texas 77010, is appearing as "attorney-of-record" for Defendants ChoicePoint, Inc., ChoicePoint Public Records, Inc. and ChoicePoint Services, Inc. in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: February 28, 2007

Respectfully submitted,

BECK, REDDEN & SECREST
A Registered Limited Liability Partnership

*David J. Beck w/permission wBC*

David J. Beck
State Bar No. 00000070
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
Telephone:    (713) 951-3700
Telecopier:   (713) 951-3720
Email: dbeck@brsfirm.com

ATTORNEY-OF-RECORD FOR
DEFENDANTS CHOICEPOINT, INC.
CHOICEPOINT PUBLIC RECORDS, INC.
and CHOICEPOINT SERVICES, INC.

OF COUNSEL:

W. Bradley Coffey
State Bar No. 24026484
Timothy Cleveland
State Bar No. 24055318
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone:    (713) 951-3700
Telecopier:   (713) 951-3720
Email: bcoffey@brsfirm.com
Email: tcleveland@brsfirm.com

ATTORNEYS FOR DEFENDANTS
CHOICEPOINT, INC. CHOICEPOINT
PUBLIC RECORDS, INC. and
CHOICEPOINT SERVICES, INC.

1064.00001/335764.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on February 28, 2007 on all counsel of record.

_W. Bradley Coffey_

1064.00001/335764.1