Taylor et al v. Acxiom Corporation et al    Doc. 17
Case 2:07-cv-00001-TJW    Document 17    Filed 02/28/2007    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARDSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL NO. 2:07-CV-01 |
| | § | (T. John Ward) |
| ACXIOM CORP, ET AL., | § | |
| Defendants. | § | |

### NOTICE OF APPEARANCE OF W. BRADLEY COFFEY AS "OF COUNSEL" FOR DEFENDANTS CHOICEPOINT, INC., CHOICEPOINT PUBLIC RECORDS, INC. AND <u>CHOICEPOINT SERVICES, INC.</u>

TO THE HONORABLE T. JOHN WARD:

COMES NOW, Defendants ChoicePoint, Inc., ChoicePoint Public Records, Inc. and ChoicePoint Services, Inc., and file this Notice of Appearance of W. Bradley Coffey as "Of Counsel," and hereby notify the Court and all counsel of record that W. Bradley Coffey of the law firm of Beck, Redden & Secrest, L.L.P., One Houston Center, 1221 McKinney, Suite 4500, Houston, Texas 77010, is appearing as "of counsel" for Defendants ChoicePoint, Inc., ChoicePoint Public Records, Inc. and ChoicePoint Services, Inc. in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

1064.00001/335768.1

Dockets.Justia.com

Dated: February 28, 2007

Respectfully submitted,

BECK, REDDEN & SECREST
A Registered Limited Liability Partnership

/s/ David J. Beck w/permission wBC

David J. Beck
State Bar No. 00000070
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Telecopier: (713) 951-3720
Email: dbeck@brsfirm.com

ATTORNEY-OF-RECORD FOR
DEFENDANTS CHOICEPOINT, INC.
CHOICEPOINT PUBLIC RECORDS, INC.
and CHOICEPOINT SERVICES, INC.

OF COUNSEL:

W. Bradley Coffey
State Bar No. 24026484
Timothy Cleveland
State Bar No. 24055318
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Telecopier: (713) 951-3720
Email: bcoffey@brsfirm.com
Email: tcleveland@brsfirm.com

ATTORNEYS FOR DEFENDANTS
CHOICEPOINT, INC. CHOICEPOINT
PUBLIC RECORDS, INC. and
CHOICEPOINT SERVICES, INC.

1064.00001/335764.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on February 28, 2007 on all counsel of record.

W. Bradley Coffey