IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, et al., | : | Cause No. 2:07CV01 |
| Plaintiffs, | : | |
| v. | : | JUDGE T. JOHN WARD |
| ACXIOM CORPORATION, et al., | : | **ORDER** |
| Defendants. | : | |

Before the Court is Plaintiffs' Motion for Default Judgment Or Alternatively Motion for Judgment on the Pleadings. Having considered the motion, the response, and the applicable case law, the Court is of the opinion that Plaintiffs' motion should be denied. It is therefore

ORDERED that Plaintiffs' Motion for Default Judgment Or Alternatively Motion for Judgment on the Pleadings is, in all things, DENIED.

SO ORDERED.