Taylor et al v. Acxiom Corporation et al | Doc. 21 Att. 1
Case 2:07-cv-00001-TJW   Document 21   Filed 03/05/2007   Page 1 of 5
Case 0:03-cv-61063-JEM   Document 399   Entered on FLSD Docket 03/09/2006   Page 1 of 1

FILED by _____ D.C.

MAR - 8 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-61063-CIV-MARTINEZ/BANDSTRA

RICHARD FRESCO, et al.,

    Plaintiffs,

vs.

AUTOMOTIVE DIRECTIONS, INC.,
et al.

    Defendants.

_____/

### ORDER GRANTING JOINT MOTION
### FOR MODIFICATION OF STATUS REPORT

THIS CAUSE came before the Court on the Joint Motion for Modification of Status Report filed by the parties on March 3, 2006, and the Court having reviewed the Joint Motion and the file, it is hereby

ORDERED AND ADJUDGED that the Joint Motion is GRANTED. The Status Report obligation set forth in paragraph 4 of the January 30, 2006 Omnibus Order is hereby modified and the Court sets a new date of April 17, 2006 for the parties to provide a further written update to the Court of the status of the mediation.

DONE AND ORDERED this _ date of March, 2006 in Miami-Dade County, Florida.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record

**EXHIBIT 1**



FILED by _____ D.C.
APR 19 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-61063-CIV MARTINEZ/BANDSTRA

RICHARD FRESCO, et al.,

    Plaintiffs,

v.

AUTOMOTIVE DIRECTIONS, INC., et al.,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION
## FOR MODIFICATION OF STATUS REPORT

THIS CAUSE came before the Court on the Joint Motion for Modification of Status Report filed by the parties on April 17, 2006, and the Court having reviewed the Joint Motion and the file, it is hereby

ORDERED AND ADJUDGED that the Joint Motion is GRANTED. The Status Report obligation set forth in the March 8, 2006 Order Granting Joint Motion for Modification of Status Report is hereby modified and the Court sets a new date of May 17, 2006 for the parties to provide a further written update of the status of the mediation.

DONE AND ORDERED this 19 date of April, 2006 in Miami-Dade County, Florida.

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

FILED by ____ D.C.

MAY 22 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-61063-CIV MARTINEZ/BANDSTRA

RICHARD FRESCO, et al.,

    Plaintiffs,

v.

AUTOMOTIVE DIRECTIONS, INC., et al.,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION
## FOR MODIFICATION OF STATUS REPORT

THIS CAUSE came before the Court on the Joint Motion for Modification of Status Report filed by the parties on May 17, 2006, and the Court having reviewed the Joint Motion and the file, it is hereby

ORDERED AND ADJUDGED that the Joint Motion is GRANTED. The Status Report obligation set forth in the April 19, 2006 Order Granting Joint Motion for Modification of Status Report is hereby modified and the Court sets a new date of June 27, 2006 for the parties to provide a further written update of the status of the mediation.

DONE AND ORDERED this 22 date of May, 2006 in Miami-Dade County, Florida.

                                    JOSE E. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All counsel of Record

FILED by _____ D.C.

JUL - 5 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-61063-CIV MARTINEZ/BANDSTRA

RICHARD FRESCO, et al.,

    Plaintiffs,

v.

AUTOMOTIVE DIRECTIONS, INC., et al.,

    Defendants.
_____/

### ORDER GRANTING JOINT MOTION
### FOR MODIFICATION OF STATUS REPORT

THIS CAUSE came before the Court on the Joint Motion for Modification of Status Report filed by the parties on June 27, 2006, and the Court having reviewed the Joint Motion and the file, it is hereby

ORDERED AND ADJUDGED that the Joint Motion is GRANTED. The Status Report obligation set forth in the May 22, 2006 Order Granting Joint Motion for Modification of Status Report is hereby modified and the Court sets a new date of July 5, 2006 for the parties to provide a further written update of the status of the mediation.

DONE AND ORDERED this 5 date of July, 2006 in Miami-Dade County, Florida.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All counsel of Record





FILED by _____ D.C.

JUL 19 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 03-61063-CIV MARTINEZ/BANDSTRA

RICHARD FRESCO, et al.,

    Plaintiffs,

v.

AUTOMOTIVE DIRECTIONS, INC., et al.,

    Defendants.
_____/

### ORDER GRANTING JOINT MOTION
### FOR MODIFICATION OF STATUS REPORT

THIS CAUSE came before the Court on the Joint Motion for Modification of Status Report filed by the parties on July 7, 2006, and the Court having reviewed the Joint Motion and the file, it is hereby

ORDERED AND ADJUDGED that the Joint Motion is GRANTED. The Status Report obligation set forth in the May 22, 2006 Order Granting Joint Motion for Modification of Status Report is hereby modified and the Court sets a new date of August 7, 2006 for the parties to provide a further written update of the status of the mediation.

DONE AND ORDERED this 10 date of July, 2006 in Miami-Dade County, Florida.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All counsel of Record