IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SHARON TAYLOR, ET. AL, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED<br>　　　Plaintiffs,<br><br>vs.<br><br>ACXIOM CORPORATION, ET. AL<br>　　　Defendants. | §<br>§<br>§<br>§<br>§  CAUSE NO. 2:07-CV-00001<br>§<br>§<br>§<br>§<br>§<br>§ |

### NOTICE OF APPEARANCE BY JOSEPH H. MALLEY

TO THE HONORABLE COURT AND ALL PARTIES:

　　　Undersigned counsel makes a formal entry of appearance in the above-styled and numbered cause for Plaintiffs Sharon Taylor, James Douglas Booker, Willie B. Booker, Lowry Briley, Twilah Brown, James D. Clary, Sharon A. Clary, Alice M. Cooks, Arlando Cooks, Elizabeth DeWitt, Kenneth Gossip, Sr., Kennice Gossip, Pamela Hensley, Robert G. Holliness, Carolyn Latham Holub, Brandi Jewell, Tracy Karp, Venisia Booker McGuire, David Patterson, Ronnie Phillips, James Roberts, Luz Ann Roberts, Kimberly Dawn Underwood, Marilyn Whitaker, and William "Troy" Wilson, on behalf of themselves and all others similarly situated. Undersigned counsel requests a copy of all pleadings, discovery, correspondence, and orders. Thomas M. Corea remains as Lead Counsel for Plaintiffs.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF JOSEPH H. MALLEY
　　　　　　　　　　　　　　　　　　　　　1045 North Zang Blvd.
　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75208
　　　　　　　　　　　　　　　　　　　　　Phone: (214) 943-6100
　　　　　　　　　　　　　　　　　　　　　Facsimile: (214) 943-6170


　　　　　　　　　　　　　　　　　　　　　By: /s/ Joseph H. Malley
　　　　　　　　　　　　　　　　　　　　　　　**Joseph H. Malley**
　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 12865900

　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record through electronic notice provided by the United States District Court for the Eastern District of Texas under LOC. R. E.D. TEX 5(a)(3)(A) on this the 14th day of March, 2007.

/s/ Joseph H. Malley
**JOSEPH H. MALLEY**