IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SHARON TAYLOR, et al., | CAUSE NO. 2:07cv-01 |
| Plaintiffs, | (JURY) |
| v. | JUDGE T. JOHN WARD |
| ACXIOM CORPORATION, et al., | |
| Defendants. | |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Alan N. Greenspan enters his appearance in this matter as counsel for Defendant CHEXSYSTEMS, INC., for the purpose of receiving notices from the Court.

Dated: March 23, 2007.

        Respectfully submitted,

        **JACKSON WALKER L.L.P.**

        901 Main Street, Suite 6000
        Dallas, TX 75202
        (214) 953-6000
        (214) 953-5822 - Fax
        Email: agreenspan@jw.com

        By: */s/ Alan N. Greenspan*
           Alan N. Greenspan
           State Bar No. 08402975

        ATTORNEYS FOR DEFENDANT
        CHEXSYSTEMS INC.

**NOTICE OF APPEARANCE**                                                                                            **PAGE** 1

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing documents was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service will or have been served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 23rd day of March 2007.

*/s/ Alan N. Greenspan*_____
Alan N. Greenspan
