IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, <u>et al</u>., | : | CAUSE NO. 2:07cv-01 |
| Plaintiffs, | : | (JURY) |
| | : | JUDGE T. JOHN WARD |
| v. | : | |
| ACXIOM CORPORATION, <u>et al</u>., | : | |
| Defendants. | : | |

### ORDER ON MOTION OF DEFENDANT CHEXSYSTEMS, INC. TO DISMISS COMPLAINT OR, ALTERNATIVELY, TO STAY PLAINTIFFS' ACTION AS TO CHEXSYSTEMS, INC.

The Court has considered Defendant ChexSystems, Inc. Motion to Dismiss Complaint or, Alternatively, to Stay Plaintiffs' Action as to Chexsystems, Inc., with Request for Oral Argument, which seeks to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b), and find that the Motion should be GRANTED.

It is therefore ORDERED that this action is dismissed as to Chex Systems, Inc..

**ORDER**   Solo Page

4631630v.1 123084/00003