Taylor et al v. Acxiom Corporation et al | Doc. 27 Att. 7
Case 2:07-cv-00001-TJW    Document 27    Filed 03/26/2007    Page 1 of 1
Case 0:03-cv-61063-JEM    Document 460    Entered on FLSD Docket 03/16/2007    Page 1 of 1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **03-61063-CIV-MARTINEZ-BANDSTRA**

RICHARD FRESCO, *et al.*,

    Plaintiff,

vs.

AUTO DATA DIRECT, INC., *et al.*,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR THOMAS M. COREA AND JEREMY R. WILSON TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon Proposed Limited Intervenor's Motion for Thomas M. Corea and Jeremy R. Wilson to Appear *Pro Hac Vice* **(D.E. No. 416)**. The Court has considered the motion and has been sufficiently advised. It is hereby:

**ORDERED AND ADJUDGED** that

1. Proposed Limited Intervenor's Motion for Thomas M. Corea and Jeremy R. Wilson to Appear *Pro Hac Vice* **(D.E. No. 416)** is hereby **GRANTED**. Designated local counsel, Christian D. Posada, shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules.

2. Proposed Limited Intervenor's Motion for Thomas M. Corea and Jeremy R. Wilson to Appear *Pro Hac Vice* **(D.E. No. 416)**, which is a duplicate motion, is **DENIED as moot.**

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of March, 2007.

                                    JOSE E. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record

AFFIDAVIT
EXHIBIT 7