IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SHARON TAYLOR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACXIOM CORPORATION, et al., <br><br> Defendants. | CAUSE NO. 2:07cv-01 <br> (JURY) <br><br> JUDGE T. JOHN WARD |

## CHEX SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CHEX SYSTEMS, INC., and files this its Corporate Disclosure Statement, pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and would respectfully state as follows:

Chex Systems, Inc. is wholly owned by eFunds Corporation, which is a publicly traded company whose shares are traded on the New York Stock Exchange, ticker symbol "EFD."

Dated: April 5, 2007.

**DEFENDANT CHEX SYSTEMS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**                                          Page 1

4646179v.1

Respectfully submitted,

**JACKSON WALKER L.L.P.**

901 Main Street, Suite 6000
Dallas, TX  75202
(214) 953-6000
(214) 953-5822 - Fax
Email: agreenspan@jw.com

By: */s/ Alan N. Greenspan* _____
   Alan N. Greenspan
   State Bar No. 08402975

ATTORNEYS FOR DEFENDANT CHEX SYSTEMS, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing documents was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service will or have been served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 5th day of  April, 2007.

*/s/ Alan N. Greenspan* _____
Alan N. Greenspan