**Appendix K**

Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## Marshall DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT

2007 APR -5 AM 11: 07

TX EASTERN-MARSHALL

1. This application is being made for the following: Case # __2:07-CV-00001-TJW__
   Style: __Sharon Taylor, et al. v. Acxiom Corporation, et al.__ by
2. Applicant is representing the following party/ies: __Acxiom__
3. Applicant was admitted to practice in __Florida__ (state) on __1968__ (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court
5. Applicant is not currently suspended or disbarred in any other court
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
    __Northern, Middle & Southern Dist. of Fla.; U.S. Courts of Appeal (5th & 11th Cir.); U.S. Supreme Court__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Barry R. Davidson__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __4/2/07__    Signature __Barry R. David__

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Barry Rodney Davidson
State Bar Number 107678
Firm Name: Hunton & Williams
Address/P.O. Box: 1111 Brickell Ave, Suite 2500
City/State/Zip: Miami, FL 33131
Telephone #: (305) 810-2539
Fax #: (305) 810-2462
E-mail Address: bdavidson@hunton.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 4-5-07

*David Maland*

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By *C. Hinton*
Deputy Clerk

**Receipt for Payment**  Receipt No: 2-1-0002420

# United States District Court
for the
Eastern District of Texas at Marshall

Date:  Thursday, April 5, 2007

Received from:

Hunton & Williams
111 Brickell Ave. 25th Floor
Miami, Flordia 33131

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method:  Check
Case or other reference:  2:07-cv-01
Comments:  Ck# 6446 PHV for Davidson

Received by:  ch