**THE COREA FIRM, P.L.L.C.**
Thomas M. Corea
Texas Bar No. 24037906
Jeremy R. Wilson
Texas Bar No. 24037722
The Republic Center
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201
Telephone: (214) 953-3900
Facsimile: (214) 953-3901

**OTSTOTT & JAMISON, P.C.**
George A. Otstott
Texas Bar No. 15342000
Ann Jamison
Texas Bar No. 00798278
Two Energy Square
4849 Greenville Avenue, Suite 1620
Dallas, Texas 75206
Telephone: (214) 522-9999
Facsimile: (214) 828-4388

**THE MANN FIRM**
James Mark Mann
Texas Bar. No. 12926150
300 W. Main
Henderson, TX 75652
(903) 657-8540
Fax: (903) 657-6003

**ATTORNEYS FOR PLAINTIFFS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SHARON TAYLOR, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>ACXIOM CORPORATION, *et al.*,<br>Defendants. | CAUSE NO. 2:07-cv-00001-TJW<br><br>JUDGE: T. JOHN WARD<br><br>**RESPONSE TO DEFENDANT CHEX SYSTEMS MOTION TO DISMISS, OR ALTERNATIVELY MOTION TO STAY PROCEEDINGS** |

### RESPONSE TO DEFENDANT CHEX SYSTEMS MOTION TO DISMISS, OR ALTERNATIVELY MOTION TO STAY PROCEEDINGS

Response To Defendant Chex Systems Motion To Dismiss, Or Alternatively Motion To Stay Proceedings

Defendant Chex Systems filed a Motion to Dismiss that is almost identical to the Joint Motion to Dismiss filed on behalf of all other Defendants earlier in this litigation (doc. 7). Plaintiffs' Response to that Motion (doc. 14) adequately addresses all issues raised by Defendant

RESPONSE TO MOTION TO DISMISS AND ALTERNATIVELY STAY

Chex Systems in their Motion. Thus, Plaintiffs will rely on arguments and authorities previously presented to the Court in Document 7 and incorporates same by reference in this Response.

Respectfully submitted,

**THE COREA FIRM, P.L.L.C.**

_____
Thomas M. Corea
Texas Bar No. 24037906
Jeremy R. Wilson
Texas Bar No. 24037722
The Republic Center
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201
Telephone:    (214)953-3900
Facsimile:    (214)953-3901

**OTSTOTT & JAMISON, P.C.**
George A. Otstott
Texas Bar No. 15342000
Ann Jamison
Texas Bar No. 00798278
Two Energy Square
4849 Greenville Avenue, Suite 1620
Dallas, Texas 75206
Telephone:    (214)522-9999
Facsimile:    (214)828-4388

**THE MANN FIRM**
James Mark Mann
Texas Bar No. 12926150
300 W. Main
Henderson, TX 75652
(903) 657-8540
Fax: (903) 657-6003

## CERTIFICATE OF SERVICE

I certify that the foregoing Response was filed with the Court's CM/ECF system on April 9, 2007, and that a copy was forwarded to all counsel of record by through the CM/ECF system.

Jeremy R. Wilson