Appendix K                                                         Revised: 1/24/07

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

FILED-CLERK
U.S. DISTRICT COURT
2007 APR 12 AM 9: 38
TX EASTERN-MARSHALL

1. This application is being made for the following: Case # 2:07cv00001
Style: Taylor, et al v. Acxiom Corporation, et al.

2. Applicant is representing the following party/ies: ChexSystems, Inc.

3. Applicant was admitted to practice in Florida (state) on 1987 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle) If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant

11. Applicant has been admitted to practice in the following courts: FL Circuit & County Courts 1987; USDC-Middle District 1987, So. Dist. 1999; No. Dist. 1999; 11th Circuit 1987; Supreme Court 2000

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, James Michael Walls do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date April 6, 2007          Signature [signature]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE
(Continued)

Name (please print)  James Michael Walls
State Bar Number  0706272
Firm Name:  CARLTON FIELDS P.A.
Address/P.O. Box:  POST OFFICE BOX 3239
City/State/Zip:  TAMPA, FL 33601-3239
Telephone #:  (813) 223-7000
Fax #:  (813) 229-4133
E-mail Address:  mwalls@carltonfields.com
Secondary E-Mail Address:  jcostello@carltonfields.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: _4-12-07_

_David Maland_
David J Maland, Clerk
U S District Court, Eastern District of Texas

By _C. Hinton_
Deputy Clerk

# Receipt for Payment

Receipt No: 249-0002431

## United States District Court
for the
Eastern District of Texas at Marshall

Date: **Thursday, April 12, 2007**

Received from:

**Carlton Fields**
**P.O. Box 3239**
**Tampa, Fla 33601**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**
Case or other reference: **2:07-cv-01**
Comments: **Ck# 415727 PHV for Walls**

Received by: **ch**