IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

SHARON TAYLOR, et al.,                     :     CAUSE NO. 2:07cv-01
                                           :            (JURY)
          Plaintiffs,                      :
                                           :     JUDGE T. JOHN WARD
v.                                         :
                                           :
ACXIOM CORPORATION, et al.,                :
                                           :
          Defendants.                      :
                                           :
                                           :
                                           :

_____

**JOINDER OF DEFENDANT CHEXSYSTEMS, INC. IN REPLY BRIEF IN
SUPPORT OF AMENDED JOINT MOTION OF DEFENDANTS REED ELSEVIER
INC., SEISINT, INC., AND CHOICEPOINT ENTITIES TO DISMISS FIRST
AMENDED COMPLAINT OR, ALTERNATIVELY, TO STAY PLAINTIFFS'
ACTION, WITH REQUEST FOR ORAL ARGUMENT**

Defendant ChexSystems, Inc. ("ChexSystems"), through its undersigned counsel, files

this Joinder in the Reply Brief in Support of the Amended Joint Motion of Defendants Reed

Elsevier Inc., Seisint, Inc., and Choicepoint Entities to Dismiss First Amended Complaint or,

Alternatively, to Stay Plaintiffs' Action, With Request For Oral Argument ("Joint Reply Brief")

(Dkt. No. 21). The arguments advanced by Reed and the other defendants in the Joint Reply

Brief apply with equal force to ChexSystems and rebut the arguments asserted by Plaintiffs in

their Response to Defendant ChexSystems' Motion To Dismiss Complaint or, Alternatively, to

Dockets.Justia.com

Stay Proceedings ("Response") (Dkt. No. 31).[1]  Accordingly, ChexSystems joins in and adopts the Joint Reply Brief as its own reply to Plaintiffs' Response and incorporates it by reference as if fully restated herein.

Respectfully submitted,

Of Counsel:                                          /s/ Alan N. Greenspan
James Michael Walls                                  Alan N. Greenspan
Florida Bar No. 706272                               Texas Bar No. 08402975
Henry G. Gyden                                       Jackson Walker L.L.P.
Florida Bar No. 158127                               901 Main Street, Suite 6000
CARLTON FIELDS                                       Dallas, TX 75702-3797
Corporate Center Three                               Telephone:  (214) 953-5912
4221 Boy Scout Blvd.                                 Facsimile: (214) 661-6632
Tampa, Florida 33607-5736                            Email: agreenspan@jw.com
Telephone:  (813) 221-7000
Facsimile:  (813) 229-4133
Email:  mwalls@carltonfields.com
         hgyden@carltonfields.com

Counsel for Defendant ChexSystems, Inc.             Counsel for Defendant ChexSystems, Inc.

---

[1]  Plaintiffs adopted their Joint Response to Defendants Reed Elsevier Inc., Seisint, Inc., and Choicepoint Entities Motion to Dismiss First Amended Complaint or, Alternatively, to Stay Plaintiff's Action (Dkt. No. 14) as their Response to Defendant ChexSystems' Motion To Dismiss Complaint or, Alternatively, to Stay Proceedings (Dkt. No. 31).

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 18th day of April, 2007, I electronically filed the foregoing Joinder of Defendant ChexSystems, Inc. in Reply Brief in Support of Amended Joint Motion of Defendants Reed Elsevier Inc., Seisint, Inc., and Choicepoint Entities to Dismiss First Amended Complaint or, Alternatively, to Stay Plaintiffs' Action, With Request For Oral Argument, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to CM/ECF participants.


*/s/ Alan N. Greenspan*
Alan N. Greenspan