IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SHARON TAYLOR, ET. AL, ON BEHALF § <br> OF THEMSELVES AND ALL OTHERS § <br> SIMILARLY SITUATED § <br>     Plaintiffs, § <br> § <br> vs. § <br> § <br> ACXIOM CORPORATION, ET. AL § <br>     Defendants. § <br> § | CAUSE NO. 2:07-CV-00001 |

## NOTICE OF WITHDRAWAL AS COUNSEL OF REPRESENTATION

TO THE HONORABLE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that JOSEPH H. MALLEY with the Law Office of Joseph H. Malley, P.C., hereby gives notice of his withdrawal as counsel of representation for Plaintiffs, Sharon Taylor, James Douglas Booker, Willie B. Booker, Lowry Briley, Twilah Brown, James D. Clary, Sharon A. Clary, Alice M. Cooks, Arlando Cooks, Elizabeth DeWitt, Kenneth Gossip, Sr., Kennice Gossip, Pamela Hensley, Robert G. Holliness, Carolyn Latham Holub, Brandi Jewell, Tracy Karp, Venisia Booker McGuire, David Patterson, Ronnie Phillips, James Roberts, Luz Ann Roberts, Kimberly Dawn Underwood, Marilyn Whitaker, and William "Troy" Wilson, on behalf of themselves and all others similarly situated. Joseph H. Malley requests that he be removed from all parties certificate of service and that no further correspondence and pleadings be sent to him with regards to this litigation. Thomas M. Corea remains as Lead Counsel for Plaintiffs.

Respectfully submitted,

LAW OFFICE OF JOSEPH H. MALLEY
1045 North Zang Blvd.
Dallas, Texas 75208
Phone: (214) 943-6100
Facsimile: (214) 943-6170

By: /s/ Joseph H. Malley
    **Joseph H. Malley**
    State Bar No. 12865900

ATTORNEY FOR PLAINTIFFS

*Notice of Withdrawal by*
*Joseph H. Malley*                                                                                         *Page 1 of 2*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record through electronic notice provided by the United States District Court for the Eastern District of Texas under LOC. R. E.D. TEX 5(a)(3)(A) on this the 20th day of April, 2007.

/s/ Joseph H. Malley
**JOSEPH H. MALLEY**