IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, et al., | : | CAUSE NO. 2:07cv-01 |
| | : | (JURY) |
| Plaintiffs, | : | |
| | : | JUDGE T. JOHN WARD |
| v. | : | |
| | : | |
| ACXIOM CORPORATION, et al., | : | |
| | : | |
| Defendants. | : | |

**JOINDER OF DEFENDANT CHEXSYSTEMS, INC. IN SUPPLEMENTAL BRIEF
IN SUPPORT OF AMENDED JOINT MOTION OF DEFENDANTS REED
ELSEVIER, INC., SEISINT, INC. AND CHOICEPOINT ENTITITIES TO
DISMISS FIRST AMENDED COMPLAINT OR,
ALTERNATIVELY, TO STAY PLAINTIFFS' ACTION**

Defendant ChexSystems, Inc. ("ChexSystems"), through its undersigned counsel, files this Joinder in the Supplemental Brief in Support of Amended Joint Motion of Defendants Reed Elsevier, Inc., Seisint, Inc. and Choicepoint Entities to Dismiss First Amended Complaint or, Alternatively, to Stay Plaintiffs' Action ("Supplemental Brief") (Dkt. No. 35). The recent developments outlined by Reed and the other defendants in the Supplemental Brief apply with equal force to ChexSystems and reflect that Plaintiffs' claims against it in this case should be dismissed or, alternatively stayed. Accordingly, ChexSystems joins in and adopts the Supplemental Brief and incorporates it by reference as if fully restated herein.

**JOINDER OF DEFENDANT CHEXSYSTEMS, INC. IN SUPPLEMENTAL BRIEF IN SUPPORT OF
AMENDED JOINT MOTION OF DEFENDANTS REED ELSEVIER, INC., SEISINT, INC. AND
CHOICEPOINT ENTITITIES TO DISMISS FIRST AMENDED COMPLAINT OR, ALTERNATIVELY,
TO STAY PLAINTIFFS' ACTION**                                                                   **Page 1**

                                      Respectfully submitted,

| Of Counsel: | */s/ Alan N. Greenspan* |
| --- | --- |
| James Michael Walls | Alan N. Greenspan |
| Florida Bar No. 706272 | Texas Bar No. 08402975 |
| Henry G. Gyden | Jackson Walker L.L.P. |
| Florida Bar No. 158127 | 901 Main Street, Suite 6000 |
| CARLTON FIELDS | Dallas, TX 75702-3797 |
| Corporate Center Three | Telephone: (214) 953-5912 |
| 4221 Boy Scout Blvd. | Facsimile: (214) 661-6632 |
| Tampa, Florida 33607-5736 | Email: agreenspan@jw.com |
| Telephone: (813) 221-7000 | |
| Facsimile: (813) 229-4133 | |
| Email: mwalls@carltonfields.com | |
|       hgyden@carltonfields.com | |
| | |
| Counsel for Defendant ChexSystems, Inc. | Counsel for Defendant ChexSystems, Inc. |

**JOINDER OF DEFENDANT CHEXSYSTEMS, INC. IN SUPPLEMENTAL BRIEF IN SUPPORT OF AMENDED JOINT MOTION OF DEFENDANTS REED ELSEVIER, INC., SEISINT, INC. AND CHOICEPOINT ENTITITIES TO DISMISS FIRST AMENDED COMPLAINT OR, ALTERNATIVELY, TO STAY PLAINTIFFS' ACTION**         **Page 2**

## CERTIFICATE OF SERVICE

I certify that on the 16th day of May, 2007, I electronically filed the foregoing Joinder of Defendant ChexSystems, Inc. in the Supplemental Brief in Support of Amended Joint Motion of Defendants Reed Elsevier, Inc., Seisint, Inc. and Choicepoint Entities to Dismiss First Amended Complaint or, Alternatively, to Stay Plaintiffs' Action, with the Clerk of Court using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

*/s/ Alan N. Greenspan*
Alan N. Greenspan