IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-01 |
| | § | |
| ACXIOM CORP., ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Having reviewed the Plaintiffs' First Amended Complaint in this action, the court has determined that the undersigned and his spouse are putative members of the class and recusal is therefore mandated by 28 U.S.C. § 455(b)(4). *See Tramonte v. Chrysler Corp.*, 136 F.3d 1025, 1030 (5th. Cir. 1998).

The undersigned hereby recuses himself from this case.

SIGNED this 31st day of January, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE