IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SHARON TAYLOR, et al. | § |
| Plaintiffs, | § |
| v. | § CIVIL ACTION NO. 2:07-CV-1-DF |
| ACXIOM CORP., et al. | § |
| Defendants. | § |

**O R D E R**

Having reviewed the Plaintiff's First Amended Complaint in this action, the court has determined that the undersigned and his spouse are putative members of the class and recusal is therefore mandated by 28 U.S.C. § 455(b)(4). *See Tramonte v. Chrysler Corp.*, 136 F.3d 1025, 1030 (5th Cir. 1998).

It is hereby **ORDERED** that the undersigned United States District Judge recuses himself from this cause.

**SIGNED this 1st day of February, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE