UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 2:07cv01 |
| ACXIOM CORP., ET AL., | § § § | |
| Defendants. | § | |

\* \* \* \* \*

| | | |
|---|---|---|
| SHARON TAYLOR, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 2:07cv13 |
| ACS STATE & LOCAL SOLUTIONS ET AL., | § § § | |
| Defendants. | § | |

\* \* \* \* \*

| | | |
|---|---|---|
| SHARON TAYLOR, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 2:07cv14 |
| TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, ET AL | § § § | |
| Defendants. | § | |

\* \* \* \* \*

1

| | | |
|---|---|---|
| SHARON TAYLOR, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 2:07cv17 |
| SAFEWAY, INC., | § § § | |
| Defendants. | § | |

\* \* \* \* \*

| | | |
|---|---|---|
| SHARON TAYLOR, ET AL., | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 2:07cv18 |
| BIOMETRIC ACCESS COMPANY, ET AL., | § § § § | |
| Defendants. | § | |

\* \* \* \* \*

| | | |
|---|---|---|
| SHARON TAYLOR, ET AL., | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 2:07cv410 |
| FREEMAN PUBLISHERS, ET AL., | § § § | |
| Defendants. | § | |

## ORDER TRANSFERRING CASES TO HON. DONALD WALTER

The Court has determined that all the judges of this court are putative members of the class in these six cases, and recusal is therefore mandated by 28 U.S.C. § 455(b)(4). See *Tramonte v. Chrysler Corp.*, 136 F.3d 1025, 1030 (5th Cir. 1998). These cases are hereby TRANSFERRED to the Hon. Donald D. Walter, Senior Judge for the United States District Court for the Western District

of Louisiana, as Judge Walter has been authorized by the Fifth Circuit to preside over cases emanating from the United States district courts in Texas.

FOR THE COURT:
Signed this 6th day of February, 2008.

_____
THAD HEARTFIELD
Chief Judge