**MINUTE ENTRY**

**February 11, 2008**

**JUDGE DONALD E. WALTER**

**MARSHALL DIVISION**

SHARON TAYLOR, ET AL.

versus                                          CIVIL ACTION NO. 2:07cv01

AXIOM CORP., ET AL.

**********

SHARON TAYLOR, ET AL.

versus                                          CIVIL ACTION NO. 2:07cv13

ACS STATE & LOCAL SOLUTONS,
ET AL.

**********

SHARON TAYLOR, ET AL.

versus                                          CIVIL ACTION NO. 2:07cv14

TEXAS FARM B;UREAU MUTUAL
INSURANCE COMPANY, ET AL.

**********

SHARON TAYLOR, ET AL.

versus                                          CIVIL ACTION NO. 2:07cv17

SAFEWAY, INC.

**********

SHARON TAYLOR, ET AL.

versus                                          CIVIL ACTION NO. 2:07cv18

BIOMETRIC ACCESS COMPANY,
ET AL.

**********

SHARON TAYLOR, ET AL.

versus                                          CIVIL ACTION NO. 2:07cv410

FREEMAN PUBLISHERS, ET AL.

**********


*********************************************

A status conference for the captioned matters is set for **Monday, March 3, 2008 at 1:30 p.m.**, 100 E. Houston, Room 103, Marshall, Texas.