**MINUTES (01:00)**
**March 4, 2008**
**JUDGE DONALD E. WALTER**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

---

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv0001 |
| VERSUS | JUDGE DONALD E. WALTER |
| ACXIOM CORPORATION, ET AL. | |

**AND**

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv0013 |
| VERSUS | JUDGE DONALD E. WALTER |
| ACS STATE & LOCAL SOLUTIONS, INC., ET AL. | |

**AND**

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv0014 |
| VERSUS | JUDGE DONALD E. WALTER |
| TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, ET AL. | |

**AND**

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv0017 |
| VERSUS | JUDGE DONALD E. WALTER |
| SAFEWAY, INC., ET AL. | |

**AND**

SHARON TAYLOR, ET AL.                                CIVIL ACTION NO. 2:07cv0018

VERSUS                                               JUDGE DONALD E. WALTER

BIOMETRIC ACCESS COMPANY, ET AL.

---

A status conference was held in the above-captioned matters on March 3, 2008. Counsel who appeared are those indicated on the sign-in sheets attached hereto. Elizabeth Carmody is the law clerk assigned to these matters and any further questions relating to them should be directed to her.

The above-captioned matters are hereby **CONSOLIDATED**. The stay issued in *Taylor, et al. v. Acxiom Corporation, et al*, civil action number 2:07-0001, is **LIFTED** as to defendant, Acxiom Corporation, as it is the sole defendant not involved in the *Fresco* litigation pending in the Southern District of Florida. No action is to be taken without written permission from the Court against the remaining defendants against whom the stay will remain in effect.

Within **thirty (30) days**, plaintiffs shall file a statement with the Court as to each individual plaintiff stating specifically the basis for their claims against each individual defendant stating the alleged obtainment, disclosure or use of that plaintiff's information from the Texas state motor vehicle records for a purpose not permitted under the DPPA. Defendants shall have **fifteen (15) days** from filing of plaintiffs' statement within which to respond. Plaintiffs shall have **fifteen (15) days** from the filing of defendants response(s) to reply.

Based on this Order, the pending Motions for More Definite Statement[1] are **MOOT**, and the

---

[1] In 2:07-cv-0014, the pending Motion for More Definite Statement is Doc. #66 filed on behalf of defendant, Spartan Insurance Company.

In 2:07-cv-0017, the pending Motions for More Definite Statement are: Doc. #13 filed on behalf of ABC Data; Doc. #48 [in #47], on behalf of Continueded.com, LLC; Doc. #66 [in #62] on behalf of The Talbot Group, Inc.; Doc. #67 [in #64] on behalf of Federated Retail Holdings,

2

pending Motions to Dismiss may be re-urged in response to plaintiffs' statement.

Plaintiffs are permitted limited discovery in the form of written interrogatories specific as to each defendant asking that defendant's reason for obtaining the information at issue. Such interrogatories shall be propounded within **ten (10) days**. Defendants have **fourteen (14) days** to respond.

Plaintiffs have **fourteen (14) days** within which to file an opposition to the Motion to Dismiss [Doc. #114, 2:07-cv-0017] filed on behalf of Staff Force, Inc.

All future conferences in these matters will be handled by telephone unless specifically requested and approved, or otherwise indicated by the Court.

---

Inc.; Doc. #94 [in #92] on behalf of Tenant Tracker, Inc.; Doc. #100 on behalf of The Hearst Corporation; and Doc. #109 on behalf of Household Drivers Report, Inc.

In 2:07-cv-0018, the pending Motion for More Definite Statement is Doc. #36 [in #33] filed on behalf of American Driving Records, Inc.

**Please sign in below by printing your name clearly, the party you represent and the relevant civil action number:**

| Name | Party | Civil Action No. |
|---|---|---|
| Robert M. Strasnick | Latorella, d/b/a Locate Plus | 18 |
| Stephen S. Maris | American Student List | 17 |
| Matt Montgomery | Household Drivers Report INC | 17 |
| Jason Wren | Spartan Insurance Co. | 14 |
| David J. White | The Talbot Group Inc | 17 |
| Jeffrey Elkin | Property Info | 18 |
| Oralia Guzman | Hawkeye Insurance | 14 |
| David Russell | TeleCheck Services | 18 |
| Roger Higgins | Texas Farm Bureau | 14 |
| Hal Browne | Continued Ed.com dba Idrive safety | 17 |
| Steve Hunnicutt | Dallas Computer Systems | 18 |
| Pat Kelley | Acxiom Risk Mitigator | 18 |
| Jason Searp | SW Bell, Safeway etc | 13, 17, 18 |
| Chad Pinson | SWBell, Safeway, BIS, ADR, HEB Kroger | 13, 17, 18 |
| Michael Smith | U.S. Interactive | 17, 18 |
| Alan Greenspan | Chex Systems Certegy | 01, 18 |
| Michael Heisten | ALSSC | |
| Fred Gaona III | Federated Retail Holdings | 17 |
| David Henry | American Electric Power Serv. Corp | 13 |
| Michael Dorman | Defensive Driver Online LLC | 407 to 410 |
| Michael Cotling | Globe Life | 14 |
| Karl Neudorfer | U.S. Interactive | 17, 18 |
| Melissa Smith | Def. Driver Online | 410 |
| Craig Laird | Funish Computer | 17 |

**Please sign in below by printing your name clearly, the party you represent and the relevant civil action number:**

| Name | Party | Civil Action No. |
|---|---|---|
| Ronald Paether | Road, Elsevier Seisint Inc. | 1 |
| Marvin C. Moos | Zebec Data Syst. | 18 |
| " " | InfoNation, Inc. | 450 |
| Alan Moore | PEACHEX, LLC | 18 |
| Larry F York | ACS | 13 |
| Elizabeth DeRieux | Telecheck Serv. | 18 |
| Charles L. Perry | Insurance Technologies Corp. | 14 |
| Leigh Meineke | Driver Ed in a Box LLC | 17 |
| Paul Boyd | Realty Computer Solutions | 416 |
| Ravi Sitwala | The Hearst Corporation d/b/a Houston Chronicle | 17 |
| Dick Dodson | Texas Motor Transport Assoc. | 13 |
| Richard Abernathy | Tenant Tracker | 17 |
| Belew Ellis | Marshall Systems Tech. Inc. | 18 |
| Ryan Kaiser | ISO Claims Services, Inc. d/b/a Insurance Data Exchg. | 14 |
| Doug Koger | Emagine Net Technologies | 18 |
| Jill Schem | Source Data Inc | 18 |
| Michelle D. Chenault | Global 360 DGS Inc. | 13 |
| Amanda Abraham | Softech | 14 |
| Amanda Abraham | Cross-Sell | 410 |
| Hastings Hanshaw | American Municipal Services, LLC | 13 |
| John Perkins | Biometric Access | 18 |
| Jennifer Doan | Biometric Access | 18 |
| Armando Chiu | Freeman Publishers | 410 |
| Jason Cagle | LML Payment Sys. Corp. | 18 |

**Please sign in below by printing your name clearly, the party you represent and the relevant civil action number:**

| Name | Party | Civil Action No. |
|---|---|---|
| Jennifer Tatum | United Teacher Associates | 14 |
| Amanda Abraham | Urapi Inc | 18 |
| Amanda Abraham | BD Stringfellow | 17 |
| Kirk Florence | Carfax, Inc. | 14 |
| George Abbott | Plaintiffs | 01-13-14-17-18-410 |
| Thomas M. Corea | Plaintiffs | 01,13,14,17,18 & 410 |
| Mark Mann | Plaintiffs | 16 |
| Jeremy Wilson | Plaintiffs | 11 |
| Brian Jobe | Allied Resident/Employee | 18 |
| Eric Chenoweth | Reliant | 410 |
| A. Lee Rigby | GILA Corp. D/B/A MSB | |
| J. Richard Cubb | Safety USA + Paradise Development Inc | 17 |
| Aimee Olson | TXU Business Sew. | 410 |
| Dwight Francis | TXU Business Sew | 410 |
| Ron Johnson | Industrial Foundation | 13 |
| Michael Bernardy | CoE Publishing, Inc. | 11 |
| Joel Geary | JI Specialty Services | 14 |
| S. George Alfonso | Unicard/ABC Data, Inc. | 17 |
| Mark Stever | ABC Data Inc | 17 |