**MINUTE ENTRY**
**March 6, 2008**
**JUDGE DONALD E. WALTER**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

---

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv0001 (**LEAD**) |
| VERSUS | JUDGE DONALD E. WALTER |
| ACXIOM CORPORATION, ET AL. | |

**AND**

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv0410 |
| VERSUS | JUDGE DONALD E. WALTER |
| FREEMAN PUBLISHERS, INC., ET AL. | |

---

The above-captioned matter [2:07-0410] is also hereby **CONSOLIDATED** with the matters identified by the lead case listed above consolidated on March 4, 2008. The Minute Entry issued on March 4, 2008 [Doc. #46, 07-0001] is therefore applicable to civil action number 2:07-0410 as well.

*[signature]*