IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, *et al.*, § | | |
| Plaintiffs, § | CAUSE NO. 2:07-cv-00001 |
| § | |
| v. § | JUDGE: DAVID WALTER |
| § | |
| ACXIOM CORPORATION, *et al.*, § | **ORDER** |
| Defendants. § | |

**ORDER**

This matter is before the Court on Plaintiffs' Motion For Leave To Propound Discovery Requests. Having considered the matter, the Court considers Plaintiffs' arguments to be well-taken. Accordingly, it is hereby ORDERED that Plaintiffs' Motion is GRANTED. Plaintiffs are allowed to proceed with their proposed discovery as outlined in their Motion

*Denied to be re-urged when certification is the issue is ripe.*

3/17/08