UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv0001 |
| VERSUS | JUDGE DONALD E. WALTER |
| ACXIOM CORPORATION, ET AL. | |

AND

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07-0410 |
| VERSUS | JUDGE DONALD E. WALTER |
| FREEMAN PUBLISHERS, INC., ET AL | |

## O R D E R

Before this Court is a Motion for Leave to File Amended Complaint [Doc. #52, 2:07cv0410] filed on behalf of plaintiffs. Having reviewed the matter,

**IT IS ORDERED** that plaintiffs' Motion for Leave [Doc. #52] be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that any defendant's previously filed responsive pleadings, including motions to dismiss, be deemed responsive to the Amended Complaint, and no further answer, responsive briefing or reply briefing will be necessary regarding those previously filed responsive pleadings. However, a defendant may elect to file a new responsive pleading as allowed

by the rules.

      **THUS DONE AND SIGNED** in Shreveport, Louisiana, this 17 day of March, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE