UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SHARON TAYLOR, ET AL.** | **CIVIL ACTION NO. 2:07cv0001** (LEAD) |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **ACXIOM CORPORATION, ET AL.** | |

AND

| | |
|---|---|
| **SHARON TAYLOR, ET AL.** | **CIVIL ACTION NO. 2:07-0410** (MEMBER) |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **FREEMAN PUBLISHERS, INC., ET AL** | |

## O R D E R

Before this Court is an Unopposed Motion for Extension of Time to Reply to Plaintiffs' Response to Defendant's Motion to Dismiss [Doc. #59, 2:07cv0410] filed on behalf of defendant, InfoNation, Inc. ("InfoNation"). Having reviewed the matter,

**IT IS ORDERED** that InfoNation's Motion for Extension of Time [Doc. #59] be and is hereby **GRANTED**. InfoNation shall file its Reply to Plaintiffs' Response to Defendant's Motion to Dismiss on or before **April 8, 2008**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 26 day of March, 2008.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE