# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SHARON TAYLOR** | § |
| | § |
| **Plaintiffs,** | § |
| | §   CIVIL ACTION NO 2-07 CV-0001 |
| v. | § |
| | § |
| **SAFEWAY INC., et al** | § |
| | § |
| **Defendants** | § |

## NOTICE OF APPEARANCE OF GUY N. HARRISON

COMES NOW, Defendant Aristotle International, Inc., and hereby notifies the Court and all parties of record that Guy N. Harrison, State Bar Number 00000077, of the Harrison Law Firm, 217 N. Center Street, Longview, Texas 75606, (903) 758-7361, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Respectfully submitted,

 /s/ Guy N. Harrison
Guy N. Harrison
State Bar No. 00000077

Harrison Law Firm
217 N. Center Street
Longview, Texas 75606
PH: (903) 758-7361
Fax: (903) 753-9557
guy@gnhlaw.com and
cj-gnharrison@att.net

ATTORNEY FOR DEFENDANT
ARISTOTLE INTERNATIONAL, INC.

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document was served by e-mail via the Eastern District of Texas ECF System to all counsel of record on this the 28th day of March, 2008.

                   /s/ Guy N. Harrison
                   Guy N. Harrison