# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SHARON TAYLOR** § | |
| § | |
| **Plaintiffs,** § | |
| § | **CIVIL ACTION NO 2-07 CV-0001** |
| **v.** § | |
| § | |
| **SAFEWAY INC., et al** § | |
| § | |
| **Defendants** § | |

## DEFENDANT ARISTOTLE INTERNATIONAL INC.'S
## NOTICE OF SERVICE OF DISCOVERY RESPONSE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Defendant Aristotle International Inc. ("Aristotle"), files this notice that the following discovery was served on all counsel of record by e-mail service on March 27, 2008.

Defendant Aristotle's *Objections and Response to Plaintiffs' First Written Interrogatory* pursuant to Federal Rules of Procedure 26b and 33 and the Court's Minute Order on March 4, 2008.

Respectfully submitted,

/s/ Guy N. Harrison
Guy N. Harrison
State Bar No. 00000077
217 N. Center Street
Longview, Texas 75606
Tel: (903) 758-7361
Fax: (903) 753-9557
Guy@gnhlaw.com and
cj-gnharrison@att.net

OF COUNSEL:

Jonathan W. Cuneo
Alexandra Warren
Brent Walton
Cuneo Gilbert & La Duca LLP
507 C Street, NE
Washington, DC 20002
Tel: (202) 789-3960
Fax: (202) 789-1813
jonc@cuneolaw.com
awarren@cuneolaw.com
bwalton@cuneolaw.com

ATTORNEYS FOR DEFENDANT
ARISTOTLE INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing document was served by e-mail via the Eastern District of Texas ECF System to all counsel of record on this 28th day of March, 2008.

                                              /s/ Guy N. Harrison
                                              Guy N. Harrison