IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, et al., | § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § | CASE NO. 2:07-cv-00001 |
| SAFEWAY INC., et al. | | |
| Defendants. | | |

## DEFENDANT TENANT TRACKER , INC.'S
## NOTICE OF SERVICE OF DISCOVERY RESPONSE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant, Tenant Tracker, Inc. ("Tenant Tracker"), files this notice of service that the following discovery was served on all counsel of record by e-mail, telefax and/or mail on March 27, 2008.

Defendant Tenant Tracker's Objections and Response to Plaintiffs' First Written Interrogatory pursuant to Federal Rule of Procedure 33 and the Court's Minute Order of March 4, 2008.

**NOTICE OF SERVICE** – Page 1
Doc #512016

Respectfully submitted,

ABERNATHY, ROEDER, BOYD & JOPLIN, P.C.

By: /s/Richard M. Abernathy
**Richard M. Abernathy**
State Bar No. 00809500
**Larry R. Boyd**
State Bar No. 02775000
1700 Redbud Blvd., Ste. 300
McKinney, Texas 75069
(214) 544-4000 Telephone
(214) 544-4040 Facsimile

ATTORNEYS FOR DEFENDANT
TENANT TRACKER, INC.

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served by e-mail via the Eastern District of Texas ECF System to all counsel of record on this 28th day of March, 2008.

/s/ Richard M. Abernathy
Richard M. Abernathy