Taylor et al v. Acxiom Corporation et al
Case 2:07-cv-00001   Document 55   Filed 03/28/2008   Page 1 of 2
Doc. 55

IN THE UNTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SHARON TAYLOR, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Cause No. 2:07-cv- 0001 |
| | ) |
| TEXAS FARM BUREAU MUTUAL INSURANCE | ) |
| COMPANY, a Texas Insurance Company, et al, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT, SOFTECH INTERNATIONAL, INC.'S
<u>NOTICE OF SERVIE OF DISCOVERY RESPONSE</u>**

Defendant, Softech International, Inc. ("Softech") files this notice that the following discovery was served on all counsel of record by e-mail service on March 28, 2008.

Defendant, Softech's Objection and Response to Plaintiffs' First Written Interrogatory pursuant to Federal Rules of Procedure 26b and 33 and the Court's Minute Order on March 4, 2008.

Respectfully submitted,

/s/   Larry D. Henry
Larry D. Henry, OBA #4105
John A. Burkhardt, OBA #1336
BOONE, SMITH, DAVIS, HURST & DICKMAN
500 ONEOK Plaza, 100 West 5th Street
Tulsa, OK 74103
Tel: (918) 587-0000
Fax: (918) 592-9317
lhenry@boonesmith.com

and

THE ROTH FIRM

Brendan C. Roth
Texas Bar No. 24040132
115 N. Wellington
Suite 200
Marshall, Texas 75670
Telephone No.: (903) 935-1665
Facsimile No.: (903) 935-1797
br@rothfirm.com

## CERTIFICATE OF SERVICE

I certify that on March 28, 2008, I electronically filed the above Motion to Strike with the Clerk of the Court using CM/ECF and that the Motion has been forwarded by CM/ECF to all counsel of record.

/s/ Larry D. Henry
Larry D. Henry