IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, *et al.*, | § | |
| Plaintiffs, | § | MEMBER CASE NO. 2:07-cv-00014 |
| | § | JUDGE: DONALD E. WALTER |
| v. | § | |
| | § | |
| TEXAS FARM BUREAU MUTUAL | § | LEAD CASE NO. 2:07-cv-00001 |
| INSURANCE COMPANY, *et al.*, | § | JUDGE DONALD E. WALTER |
| Defendants. | § | |

DEFENDANT TEXAS FARM BUREAU MUTUAL INSURANCE
COMPANY'S NOTICE OF SERVICE OF DISCOVERY RESPONSE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Texas Farm Bureau Mutual Insurance Company ("TFB") files this notice of service that the following discovery was served on all counsel of record by email, telefax and/or mail on March 28, 2008:

Defendant Texas Farm Bureau Mutual Insurance Company's Response to Plaintiffs' First Interrogatory to Defendants pursuant to Federal Rule of Procedure 33 and the Court's Minute Order of March 4, 2008.

**DEFENDANT TEXAS FARM BUREAU MUTUAL INSURANCE
COMPANY'S NOTICE OF SERVICE OF DISCOVERY RESPONSE** – Page 1
Doc ID BUECD-1347034
08011-064

dockets.Justia.com

Respectfully submitted,

/s/Roger D. Higgins
Roger D. Higgins
State Bar No. 09601500
Daniel P. Buechler
State Bar No. 24047756

THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75202
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: dbuechler@thompsoncoe.com

ATTORNEYS FOR DEFENDANT
TEXAS FARM BUREAU MUTUAL
INSURANCE COMPANY

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served by email; via the Eastern District of Texas ECF System to all counsel of record on this 28th day of March, 2008.

/s/Daniel P. Buechler
Daniel P. Buechler