UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, et al., *on behalf of themselves and all others similarly situated*, <br> Plaintiffs, <br><br> V. <br><br> SAFEWAY, INC., et al., <br> Defendants. | § § § § § § § § § | Cause No. 2:07-CV-00017 <br><br> Judge: Don Walter |

### DEFENDANT DRIVER TRAINING ASSOCIATES, INC. d/b/a TICKETSCHOOL.COM'S NOTICE OF SERVICE OF DISCOVERY RESPONSE

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Driver Training Associates, Inc. d/b/a TicketSchool.com, files this notice that the following discovery was served on all counsel of record:

Defendant Driver Training Associates, Inc. d/b/a TicketSchool.com's Answer to Plaintiffs' First Interrogatory pursuant to Federal Rules of Procedure 26(b) and 33 and the Court's Minute Order of March 4, 2008.

Respectfully submitted,

BURLESON COOKE, LLP


BY: /s/ Randy Burton
Randy Burton
Texas State Bar No. 03479050
711 Louisiana, Suite 1701
Houston, Texas 77002-1634
Tel: (713) 222-6262
Fax: (713) 222-6811
rburton@burlesoncooke.com

ATTORNEYS FOR DEFENDANT DRIVER TRAINING ASSOCIATES, INC. D/B/A TICKETSCHOOL.COM

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy has been provided to all counsel of record via electronic mail or by facsimile, in accordance with Federal Rules of Civil Procedure, on this the 28th day of March, 2008.

/s/ Randy Burton
Randy Burton