UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Case No. 2:07-CV-00014 |
| | § | Judge Don Walter |
| TEXAS FARM BUREAU MUTUAL | § | |
| INSURANCE COMPANY, ET AL., | § | |
| | § | |
| Defendants. | § | |

### DEFENDANT IIX'S NOTICE OF
### SERVICE OF DISCOVERY RESPONSE

PLEASE TAKE NOTICE that on March 28, 2008, counsel for Defendant ISO Claims Services, Inc. d/b/a Insurance Information Exchange's ("iiX") served a copy of its Objections and Answer to Plaintiffs' First Interrogatory pursuant to Federal Rule of Civil Procedure 33 and the Court's Minute Order dated March 4, 2008 on counsel for Defendants by e-mail, and Plaintiffs' counsel as follows:

Thomas M. Corea and Jeremy Wilson          *Via hand delivery and facsimile*
The Corea Law Firm, P.L.L.C.
The Republic Center
325 N. St. Paul Street, Suite 4150
Dallas, Texas 75201
Fax: (214) 953-3901

George A. Otstott and Ann Jamison          *Via facsimile*
Ostott and Jamison, P.C.
Fax: (214) 828-4388

James Mark Mann                            *Via facsimile*
The Mann Firm
Fax: (903) 657-6003

Dated: March 28, 2008

---

**DEFENDANT IIX'S NOTICE OF**                                                    **PAGE 1**
**SERVICE OF DISCOVERY RESPONSE**

DALLAS 1903650v1

Dockets.Justia.com

Respectfully submitted,

By: */s/ Ryan C. Kaiser*
Mark W. Bayer
State Bar No. 01939925
Ryan C. Kaiser
State Bar No. 24042655
**GARDERE WYNNE SEWELL LLP**
3000 Thanksgiving Tower
Dallas, Texas 75201-4761
Phone: 214.999.3000
Fax: 214.999.4667

ATTORNEYS FOR DEFENDANT ISO
CLAIMS SERVICES, INC. D/B/A
INSURANCE INFORMATION EXCHANGE

## CERTIFICATE OF SERVICE

In accordance with Rule 5 of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of Defendant iiX's Notice of Service of Discovery Response has been forwarded by CM/ECF to all counsel of record on this 28th day of March, 2008.

*/s/ Ryan C. Kaiser*
Ryan C. Kaiser