IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, *ET AL.*, | § | **CAUSE NO.** |
| ON BEHALF OF THEMSELVES AND | § | **2:07-CV-00001** |
| ALL OTHERS SIMILARLY SITUATED, | § | |
| | § | |
| PLAINTIFFS, | § | CONSOLIDATED FROM |
| | § | |
| v. | § | |
| | § | CAUSE NO. |
| TEXAS FARM BUREAU MUTUAL | § | 2:07-CV–00014 |
| INSURANCE COMPANY, *ET AL.*, | § | |
| | § | **JUDGE:  DONALD D. WALTER** |
| DEFENDANTS. | § | *By Assignment* |

**DEFENDANT GLOBE LIFE AND ACCIDENT INSURANCE COMPANY'S
NOTICE OF SERVICE OF DISCOVERY RESPONSE**

Defendant Globe Life And Accident Insurance Company hereby provides notice that, on March 28, 2008, Defendant Globe Life And Accident Insurance Company's Response and Objections to Plaintiffs' First Interrogatory was served on Plaintiffs by hand delivery to Plaintiffs' lead counsel and on the remaining parties by electronic means to their respective counsel of record.

1

Dockets.Justia.com

Respectfully submitted,

_____/s/_____

Michael H. Collins
  Texas Bar No. 04614300 (mcollins@lockelord.com)

Thomas G. Yoxall
  State Bar No. 00785304 (tyoxall@lockelord.com)
Kirsten M. Castañeda
  State Bar No. 00792401 (kcastaneda@lockelord.com)
Arthur E. Anthony
  State Bar No. 24001661 (aanthony@lockelord.com)
**LOCKE LORD BISSELL & LIDDELL LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 740-8000
Facsimile:   (214) 740-8800

**ATTORNEYS FOR GLOBE LIFE
AND ACCIDENT INSURANCE COMPANY**

**<u>CERTIFICATE OF SERVICE</u>**

In accordance with Federal Rule of Civil Procedure 5, I hereby certify that on the 28th day of March, 2008, a true and correct copy of the foregoing Notice was served on all other parties to this lawsuit via CM/ECF to all counsel of record.

_____/s/_____

Kirsten M. Castañeda

DALLAS: 0536251.00022: 1676054v1