IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SHARON TAYLOR, ET AL § | |
| § | |
| VS. § | Civil Case No. 2:07-CV-01 TJW |
| § | |
| ACXIOM CORPORATION, a Delaware § | |
| Corporation, et al § | |

# DEFENDANTS ACXIOM CORPORATION AND ACXIOM RISK MITIGATION, INC.'S NOTICE OF SERVICE OF DISCOVERY RESPONSES

Defendants, Acxiom Corporation and Acxiom Risk Mitigation, Inc., hereby give notice of serving its responses to Plaintiffs' First Interrogatory to Defendants by fax and/or e-mail service.

Respectfully submitted,

*/s/ Patrick Kelley*
Patrick Kelley
State Bar No. 11202500
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone:(903) 561-1600
Facsimile: (903) 581-1071

**ATTORNEY FOR DEFENDANT
ACXIOM CORPORATION AND
ACXIOM RISK MITIGATION, INC.**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been served by e-mail via the Eastern District of Texas ECF System to all counsel of record on this 28th day of March, 2008.

/s/ Patrick Kelley
PATRICK KELLEY