# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SHARON TAYLOR, ET AL., § | |
| § | |
| Plaintiffs, § | |
| v. § | Case No. 2:07-CV-410 |
| § | Judge Don Walter |
| FREEMAN PUBLISHERS, INC., ET AL., § | |
| § | |
| Defendants. § | |

## DEFENDANT TXU BUSINESS SERVICES COMPANY'S NOTICE OF SERVICE OF RESPONSE TO PLAINTIFFS' FIRST INTERROGATORY

Defendant TXU Business Services Company ("TXU") hereby gives notice of serving its objections and responses to Plaintiff's First Interrogatory to Defendants by facsimile.

Dated: March 31, 2008

Respectfully submitted,

By: /s/ Aimee C. Oleson
Dwight M. Francis
State Bar No. 00785877
Aimee C. Oleson
State Bar No. 24036391
**GARDERE WYNNE SEWELL LLP**
3000 Thanksgiving Tower
Dallas, Texas 75201-4761
Phone: 214.999.3000
Fax: 214.999.4667

ATTORNEYS FOR DEFENDANT TXU
BUSINESS SERVICES COMPANY

## CERTIFICATE OF SERVICE

    This is the certify that a true and correct copy of the foregoing has been served on all counsel of record via the Eastern District of Texas ECF System in accordance with Rule 5 of the Federal Rules of Civil Procedure, this 31st day of March, 2008.

                                          /s/ Aimee C. Oleson
                                          Aimee C. Oleson