**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

In Replying Give Number
Of Case and Names of Parties

April 1, 2008

NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:

The following cases are tentatively scheduled for oral argument during the week of **AUGUST 25, 2008, IN MIAMI, FLORIDA. COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 7-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.**

If counsel have any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6131 or 404-335-6141.

MATT DAVIDSON
Calendar Clerk

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH SCHEDULING REQUESTS.***
***PLEASE REFER TO CALENDAR #32.***

| Case No. | Case Name |
|---|---|
| 06-14954 & 07-10094 | USA v. Juan Elso |
| 07-12818 | Del Monte Fresh Produce and Signal, et al. v. Director, OWCP, et al. |
| 06-13432 | Alphamed Pharmaceuticals Corp. v. Arriva Pharmaceuticals, Inc.; Spinelli Corporation |
| 07-13039 | Miccosukee Tribe of Indians of Florida v. Kraus-Anderson Construction Company |
| 07-12274 | Federal Insurance Company v. National Union Fire Insurance company of Pittsburg, P.A. (REVISED ARGUMENT DATE) |
| 06-13332 | USA v. James Long |
| 07-13748 | Trina Carlson; Peter Mavrick v. Marc Bosem; Marc Bosem, M.D., P.A. |
| 07-13322 | F.W..F., Inc., et al. v. Detroit Diesel Corporation, et al. |
| 07-13191 | Jeffrey Goldstein v. Centocor, Inc. |
| 07-15631 | Ramon Cernuda v. Donald Neufeld, et al. |
| 07-11301 | USA v. Dewitt Maxwell |
| 07-12447 | Sharon Taylor, et al.; Linda Brooks v. Automotive Directions, Inc., et al. |