UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:07-CV-0001 |
| ACXIOM CORPORATION, et al., | § § | JURY DEMAND |
| Defendants. | § § | |

And

| | | |
|---|---|---|
| SHARON TAYLOR, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:07-CV-0018 |
| BIOMETRIC ACCESS COMPANY, et al., | § § | JURY DEMAND |
| Defendants. | § § | |

## AGREED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Defendant Biometric Access Company moves to withdraw John P. Perkins, III with Haltom & Doan as counsel of record in this cause of action. Jennifer Haltom Doan of Haltom & Doan will remain as lead counsel of record for Defendant Biometric Access Company in this action.

Defendant therefore respectfully requests an order from the Court discharging John Peyton Perkins, III as attorney of record for Defendant Biometric Access Company and removing him from the electronic service list and all other service lists in this action.

**AGREED MOTION TO WITHDRAW AS COUNSEL** – Page 1

        Respectfully submitted,

        /s/ Jennifer Haltom Doan
        Jennifer Haltom Doan
        Texas Bar No. 08809050
        HALTOM & DOAN
        Crown Executive Center, Suite 100
        6500 Summerhill Road
        Texarkana, TX  75503
        Telephone:  (903) 255-1000
        Facsimile:  (903) 255-0800
        Email:  jdoan@haltomdoan.com

        Randall K. Miller (VA Bar #70672)
        Arnold & Porter LLP
        1600 Tysons Boulevard, Suite 900
        McLean, VA  22102
        Telephone:  (703) 720-7030
        Facsimile:   (703) 720-7399
        Email:  Randall.Miller@aporter.com

        **COUNSEL FOR BIOMETRIC ACCESS COMPANY**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 17th day of April, 2008.

        /s/ Jennifer Haltom Doan
        Jennifer Haltom Doan