UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. 2:07-CV-0001 |
| | § | |
| ACXIOM CORPORATION, et al., | § | JURY DEMAND |
| | § § | |
| Defendants. | § | |

And

| | | |
|---|---|---|
| SHARON TAYLOR, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. 2:07-CV-0018 |
| | § | |
| BIOMETRIC ACCESS COMPANY, et al., | § | JURY DEMAND |
| | § § | |
| Defendants. | § | |

## ORDER

Defendant Biometric Access Company filed an Agreed Motion to Withdraw John P. Perkins, III as counsel of record. The Court, being well and sufficiently advised in the premises, finds that the motion is well-taken and should be and is **GRANTED**.

Accordingly, **IT IS ORDERED** that John Peyton Perkins, III is withdrawn as counsel of record for Defendant Biometric Access Company and is removed from all electronic service lists and all other service lists in this action.

**IT IS SO ORDERED.**