UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:07-CV-0001 |
| ACXIOM CORPORATION, et al., | § § | JURY DEMAND |
| Defendants. | § § | |

And

| | | |
|---|---|---|
| SHARON TAYLOR, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:07-CV-0018 |
| BIOMETRIC ACCESS COMPANY, et al., | § § | JURY DEMAND |
| Defendants. | § § | |

## NOTICE OF APPEARANCE

Please take notice that Defendant Biometric Access Company has added Joshua R. Thane, of the firm Haltom & Doan, as additional counsel in this case. Mr. Thane is admitted to practice before this Court. His information is as follows:

Joshua R.Thane
Haltom & Doan
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  jthane@haltomdoan.com

**NOTICE OF APPEARANCE** – Page 1

Please add the name of Mr. Thane to all service lists in this matter, including the e-filing service list.

Respectfully submitted,

/s/ Joshua R. Thane
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  jthane@haltomdoan.com

Randall K. Miller (VA Bar #70672)
Arnold & Porter LLP
1600 Tysons Boulevard, Suite 900
McLean, VA  22102
Telephone:  (703) 720-7030
Facsimile:   (703) 720-7399
Email:  Randall.Miller@aporter.com

**COUNSEL FOR BIOMETRIC ACCESS COMPANY**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 17th day of April, 2008.

/s/ Joshua R. Thane
Joshua R. Thane