UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, et al. | § § § | |
| *Plaintiffs* | § | |
| vs. | § § § § | CIVIL ACTION NO. 2:07 CV-00013-TJW JURY TRIAL DEMANDED |
| ACS STATE & LOCAL SOLUTIONS, INC., et al. | § § § | |
| *Defendants* | § | |

### DEFENDANT TEXAS MOTOR TRANSPORTATION ASSOCIATION'S OBJECTIONS AND RESPONSE TO PLAINTIFFS' FIRST INTERROGATORY

TO:  Plaintiffs, by and through their attorneys of record, Jeremy Wilson, THE COREA FIRM, PLLC, 325 North St. Paul Street, Suite 4150, Dallas, Texas 75201; George A. Otstott, OTSTOTT & JAMISON, PC, 4849 Greenville Avenue, Suite 1620, Dallas, Texas 75206; and James Mark Mann, THE MANN FIRM, 300 W. Main, Henderson, Texas 75652.

Defendant Texas Motor Transportation Association ("Defendant") hereby submits the following Objections and Response to Plaintiffs' First Interrogatory pursuant to Rule 33(b) of the Federal Rules of Civil Procedure, as follows:

### INTERROGATORY NO. 1:

For each Plaintiff, describe in detail, each specific purpose(s) you had to obtain each and every Plaintiff's "Personal Information" from "State Motor Vehicle Records," as stated in Plaintiffs' most recent Amended Complaint, including a specific identification of each and every fact upon which you relied in declaring said purpose(s) to the appropriate "State Motor Vehicle Records" governmental entity in and for the State of Texas at all times material. Answering further, if you maintain that you obtained any one or all of the Plaintiffs' Personal Information solely to resell or re-disclose to another person or entity any portion of said Personal Information, please state said purpose(s) in response to this Interrogatory. Your Response must identify: (1) whether you are relying on someone else's anticipated use of this information as your purpose for obtaining this information; (2) whether your purpose(s) in obtaining each or all of Plaintiffs' Personal Information was the same as all persons' Personal Information in the database or data files of Personal Information; (3) whether there was/were a specific purpose(s) for obtaining each, or all of, Plaintiffs' Personal Information; and (4) whether there were any specific facts or circumstances which supported your assertion to the State of Texas that you were obtaining each, or all of, Plaintiffs' Personal Information for a particular use (as outlined in your agreement with



Dockets.Justia.com

the State of Texas) and what specifically that intended use entailed, and if that use ever actually occurred.

**ANSWER:**

Defendant objects to Interrogatory No. 1 in that it exceeds the scope of discovery authorized by the Court at the March 3, 2008 Status Conference. Defendant further objects because it requests information beyond the scope of matters relevant to the claims or defenses of any party to the litigation, and is therefore beyond the scope of discovery. Defendant further objects to Interrogatory No. 1 on the grounds that it is vague, overly broad and multifarious. Further, Defendant objects because without further information from each Plaintiff, Defendant cannot adequately respond to the Interrogatory.

Defendant objects to Interrogatory No.1 in that it is misleading and contains the implication and improper assumption that Defendant purchased each of Plaintiff's State Motor Vehicle Records and/or that Defendant purchased the entire database of Texas State Motor Vehicle Records. Subject to the above objections, Defendant has never obtained the entire database of Texas State Motor Vehicle Records. Defendant has only obtained Motor Vehicle Records of specific individual drivers for whom it had a permissible purpose to obtain such records under 18 U.S.C. § 2721(b); 49 U.S.C. Chapter 313; 49 CFR 391.23 and 49 CFR 391.25.

                                              Respectfully submitted,

                                        _____
                                        RICHARD N. DODSON    TX BAR NO. 05942230
                                        **DODSON & DODSON, LLP**
                                        2005 Moores Lane
                                        Post Office Box 1877
                                        Texarkana, Texas 75503
                                        Telephone: (903) 794-3121
                                        Telecopier: (903) 793-4801

                                        *Attorney for Defendant*
                                        *Texas Motor Transportation Association*

**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of DEFENDANT TEXAS MOTOR TRANSPORTATION ASSOCIATION'S OBJECTIONS AND RESPONSE TO PLAINTIFFS' FIRST INTERROGATORY, was served upon Plaintiffs' counsel via e-certified mail/return receipt requested and electronic means, and to Defendants' counsel via electronic means on this the 28th day of March, 2008.

_____
RICHARD N. DODSON

## VERIFICATION

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME the undersigned authority, Jesse Dominguez, being duly sworn, deposes and says that he is the chief financial officer of the Texas Motor Transportation Association, is duly authorized to make this verification on its behalf, has read the foregoing Objections and Response to Plaintiffs' First Interrogatory, and states that the facts set forth in the answer are true and correct.

Further Affiant sayeth not.

_____
Jesse Dominguez

SUBSCRIBED AND SWORN TO BEFORE ME by the said Jesse Dominguez, on this the 28th day of March, 2008.



_____
NOTARY PUBLIC, STATE OF TEXAS

My Commission Expires: May 30, 2009