# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv00001 |
| VERSUS | JUDGE DONALD E. WALTER |
| ACXIOM CORPORATION, ET AL. | |

**AND**

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv00013 |
| VERSUS | JUDGE DONALD E. WALTER |
| ACS STATE & LOCAL SOLUTIONS, INC., ET AL. | |

**AND**

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv00014 |
| VERSUS | JUDGE DONALD E. WALTER |
| TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, ET AL. | |

**AND**

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv00017 |
| VERSUS | JUDGE DONALD E. WALTER |
| SAFEWAY, INC., ET AL. | |

**AND**

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv00018 |
| VERSUS | JUDGE DONALD E. WALTER |
| BIOMETRIC ACCESS COMPANY, ET AL. | |

**AND**

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv00410 |
| VERSUS | JUDGE DONALD E. WALTER |
| FREEMAN PUBLISHING COMPANY | |

**ZEBEC DATA SYSTEMS, INC.'S RESPONSE TO PLAINTIFFS' STATEMENT OF VIOLATIONS OF THE DRIVERS' PRIVACY PROTECTION ACT AND SUPPLEMENT TO CONSOLIDATED MOTION TO DISMISS ON COMMON ISSUES**

Pursuant to the Court's March 4, 2008 Order, (Doc. No. 193), Zebec Data Systems, Inc. ("Zebec") files its Supplemental Response to Plaintiffs' Statement of Violations of the Drivers' Privacy Protection Act (the "Statement"), and specifically re-urges its Motion to Dismiss.[1]  In the March 4 Order, the Court permitted Plaintiffs to file the Statement, and ordered Plaintiffs to "stat[e] specifically the basis for their claims against each individual defendant stating the alleged obtainment, disclosure or use of that plaintiff's information from the Texas state motor vehicle records for a purpose not permitted under the DPPA."  (March 4 Order at p. 2).  Plaintiffs failed to identify a single impermissible purpose.

Plaintiffs' Statement with regard to Zebec does not allege any facts beyond the conclusory assertions in their First Amended Complaint, (Doc. No. 3), or those taken from Zebec's agreement with the Texas DPS.  The agreement is referred to in and central to the complaint, and properly considered on a Rule 12(b)(6) motion.  (*See* Doc. No. 95, Exhibit "A-1").  While Plaintiffs allege in the Statement that certain named Plaintiffs are aware of a business relationship with Zebec but others are not, this contention does not materially depart from the allegation in the complaint that Zebec "may have a permissible use under the DPPA for obtaining 'personal information' for some of the people in the database."  (Compl. ¶ 70).

Plaintiffs now postulate the erroneous legal theory that Zebec must have had an immediate use for each piece of information obtained.  (*See* Statement at p. 80-82).  Plaintiffs continue their strained interpretation of the DPPA and argue that entities such as Zebec may only purchase driver information from the DPS on a case-by-case basis, and may not purchase the information in bulk because this constitutes a "continuing use." (*Id.*)  Nothing in the DPPA or case law in this Circuit construing the statute supports this construction.  Plaintiffs are, quite

---

[1] Zebec's Motion to Dismiss was filed on May 1, 2007.  (Doc. No. 95).  Plaintiffs responded to Zebec's motion on May 16, 2007.  (Doc. No. 107).  Zebec filed its reply in support of its motion on June 8, 2007.  (Doc. No. 115).  Zebec's motion is fully briefed and ripe for the Court's consideration.

simply, wrong. Moreover, Plaintiffs do not challenge the permissible purposes Zebec certified to the Texas DPS for obtaining motor vehicle information as set forth in its interrogatory response.

Because the allegations contained in the Statement do not alter Zebec's pending Motion to Dismiss, Zebec hereby re-urges its motion in addition to joining in the Consolidated Motion to Dismiss on Common Issues and Response to Plaintiffs' Statement of Violations ("Consolidated Motion") filed on behalf of certain Defendants on this date. In summary, and in an abundance of caution, the bases for dismissal in Zebec's motion are as follows:

- The Court should dismiss pursuant to Rule 12(b)(1) because no Plaintiff alleges an actual injury; therefore, Plaintiffs lack standing. In short, Plaintiffs' conclusory allegations do not allege an injury in fact, a causal connection between allegedly obtaining their personal information and their hypothetical "injuries," and redressability.

- The Court should dismiss pursuant to Rule 12(b)(6) because Plaintiffs failed to allege plausible DPPA claims for the following reasons:

  - The DPPA authorizes the purchase of bulk data—whether for use by the purchaser or for resale—and does not prohibit the non-use of personal information obtained for a permissible purpose under section 2721. 18 U.S.C. § 2721(b). Accordingly, Plaintiffs failed to state a plausible improper obtainment claim.

  - Plaintiffs failed to allege a plausible improper use claim pertaining to any named Plaintiff's personal information, particularly because the DPPA authorizes resale. 18 U.S.C. § 2721(c).

  - The DPPA's legislative history verifies that legitimate businesses can obtain motor vehicle data for permissible purposes. This includes an authorized recipient who may resell or redisclose information for permitted purposes. 18 U.S.C. § 2721(c). Therefore, Plaintiffs' "continuing use" allegation is meritless.

  - Texas law also authorizes the purchase of bulk data. Nothing in the Texas statutes requires the immediate use of personal information. Again, Plaintiffs' "continuing use" allegation is meritless.

  - Plaintiffs cannot contest Zebec's certification and its contract with the DPS. Congress left enforcement to the government.

## CONCLUSION

For the above reasons, the reasons set forth in Zebec Data Systems, Inc.'s Motion to Dismiss and Reply, and the reasons in the Consolidated Motion to Dismiss, the Court should dismiss Plaintiffs' claims against it with prejudice and award Zebec Data Systems, Inc. such other and further relief to which it is entitled, including costs.

        Respectfully submitted,

         /s/ Marvin C. Moos
        MARVIN C. MOOS
        State Bar No.: 14413900
        1301 McKinney, Suite 2700
        Houston, Texas  77010-3079
        TELEPHONE:  713/333-4500
        FACSIMILE:   713/333-4600

        ATTORNEY-IN-CHARGE FOR DEFENDANT,
        ZEBEC DATA SYSTEMS, INC.

OF COUNSEL:

EBANKS, SMITH & CARLSON, L.L.P.
1301 McKinney, Suite 2700
Houston, Texas  77010-3079
TELEPHONE:  713/333-4500
FACSIMILE:   713/333-4600

## CERTIFICATE OF SERVICE

I hereby certify that on the April 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Elizabeth E. Baker
Philip John
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana
Suite 3000
Houston, TX 77002

Jason R. Searcy
Amy Bates Ames
Joshua P. Searcy
JASON R. SEARCY &
ASSOCIATES, P.C.
P.O. Box 3929
Longview, TX 75606

Chad M. Pinson
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980
COUNSEL FOR AMERICAN DRIVING RECORDS, INC. D/B/A FIRST ADVANTAGE ADR, A/K/A AGENCY RECORDS, INC.

Brent Samuel Lee
Craig Alan Haynes
Thompson & Knight LLP
1700 Pacific Ave., Suite 3300
Dallas, TX 75201
COUNSEL FOR LML PAYMENT SYSTEMS CORP.

John E. Collins
SBN: 04613000
Burleson, Pate & Gibson
2414 N. Akard, Ste. 700
Dallas, Texas 75201
COUNSEL FOR URAPI

Thomas Mathew Corea
Jeremy Reade Wilson
The Corea Firm, PLLC
325 N St Paul St
Suite 4150
Dallas, TX 75201

James Mark Mann
The Mann Firm
300 W. Main
Henderson, TX 75652
COUNSEL FOR PLAINTIFFS

Neal W. Hardin
Attorney at Law
1150 Lakeway Drive
Suite 101
Austin, TX 78734
COUNSEL FOR REALTIME-ID, LP

Brian C. Jobe
Wimer & Jobe
13455 Noel Rd., Suite 1000
Dallas, TX 75251

Michael G. Wimer
Wimer & Jobe
349 Haywood Rd.
Asheville, NC 28806
COUNSEL FOR ALLIED RESIDENT/EMPLOYEE SCREENING SERVICE

Alan Neil Greenspan
Luke Ellis
Jackson Walker
901 Main St., Suite 6000
Dallas, TX 75202-3797

James M. Walls
CARLTON FIELDS, PA
P.O. Box 3239
Tampa, FL 33601-3239
COUNSEL FOR CERTEGY CHECK SERVICES, INC. d/b/a Equifax Payment Services, Inc. and FINANCIAL, INC.

Robert M Strasnick
Andrews & Updegraph
70 Washington St., Suite 212
Salem, MA 01970
COUNSEL FOR JON LATORELLA

Michael L. Bernoudy, Jr.
The Benoudy Law Firm
2660 E. End Blvd. S., Suite 110
Marshall, TX 75672
COUNSEL FOR COE INFORMATION PUBLISHERS, INC.

Brett Lee Myers
David Goodman & Madole
5420 LBJ Freeway
Suite 1200
Dallas, TX 75240
COUNSEL FOR ATM CONNECTION, INC.

Jeffrey R. Elkin
PORTER & HEDGES
1000 Main Street, 36th Floor
Houston, TX 77002
COUNSEL FOR
PROPERTYINFO
CORPORATION

Robert Langdon Ramey
Ramey & Chandler
750 Bering Dr.
Suite 600
Houston, TX 77057
COUNSEL PRO SE FOR
SOURCE DATA, INC.

Kyle W Johnson
David Goodman & Madole
5420 LBJ Freeway
Suite 1200
Dallas, TX 75240
COUNSEL FOR TML
INFORMATION SERVICES,
INC.

Robin Leaf Harrison
CAMPBELL HARRISON &
DAGLEY, L.L.P.
4000 Two Houston, Center
909 Fannin
Houston, TX 77010
COUNSEL FOR ADP
SCREENING AND
SELECTION SERVICES,
INC. A/K/A AVERT, INC.

John E. Collins
Burleson, Pate & Gibson
2414 N, Akard, Ste. 700
Dallas, Texas 75201
COUNSEL FOR URAPI

Tristan Belew Ellis
T. Belew Ellis
P. O. Box 802
Marshall, TX 75671-0802
COUNSEL FOR
MARSHALL SYSTEMS
TECHNOLOGY, INC.

Jennifer Haltom Doan
Joshua R. Thane
Haltom & Doan
Crown Executive Center
Suite 1 A
6500 Summerhill Road
Texarkana, TX 75503

Randall K. Miller
Michelle Killick
Arnold & Porter LLP
1600 Tysons Boulevard
Suite 900
McLean, VA 22102-4865
COUNSEL FOR BIOMETIC
ACCESS COMPANY and
MIDWEST DATA CENTER,
INC.

Walter J. Cicack
Karl E. Neudorfer
SEYFARTH SHAW LLP
700 Louisiana Street
Suite 3700
Houston, TX 77002

Michael Charles Smith
The Roth Law Firm
115 N. Wellington
Suite 200
P.O. Box 876
Marshall, TX 75671-0876
COUNSEL FOR
U.S. INTERACTIVE, INC.

James Patrick Kelley
Ireland Carroll & Kelley
6101 S Broadway, Suite 500
Tyler, TX 75703
COUNSEL FOR ACXIOM
RISK MITIGATION, INC.

S. Calvin Capshaw
Elizabeth L. DeRieux
CAPSHAW DERIEUX, LLP
Energy Centre
P.O. Box 3999
Longview, TX 75606-3999

David G. Russell
Jodi E. Zysek
PARKER, HUDSON, RAINER
& DOBBS, LLP
1500 Marquis Two Tower
285 Peachtree Center Ave. NE
Atlanta, GA 30303
COUNSEL FOR TELECHECK
SERVICES, INC.

Douglas E. Koger
14090 Southwest Freeway
Suite 300
Sugar Land, TX 77478
COUNSEL FOR
EMAGINENET
TECHNOLOGIES, INC.

Stephen Douglas Henninger
Martin, Disiere, Jefferson &
Wisdom
900 Jackson Street, Suite 710
Dallas, TX 75202
COUNSEL FOR FEDCHEX.
LLC.

    /s/ Marvin C. Moos
    MARVIN C. MOOS

6