| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv001 |
|---|---|
| VERSUS | JUDGE DONALD E. WALTER |
| ACXIOM CORPORATION, ET AL. | |

| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv0013 |
|---|---|
| VERSUS | JUDGE DONALD E. WALTER |
| ACS STATE & LOCAL SOLUTIONS, INC., ET AL. | |

| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv0014 |
|---|---|
| VERSUS | JUDGE DONALD E. WALTER |
| TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, ET AL. | |

| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv0017 |
|---|---|
| VERSUS | JUDGE DONALD E. WALTER |
| SAFEWAY, INC., ET AL. | |

| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv0018 |
|---|---|
| VERSUS | JUDGE DONALD E. WALTER |
| BIOMETRIC ACCESS COMPANY, ET AL. | |

| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv0410 |
|---|---|
| VERSUS | JUDGE DONALD E. WALTER |
| FREEMAN PUBLISHING COMPANY, ET AL. | |

**ORDER GRANTING CONSOLIDATED MOTION TO DISMISS ON COMMON ISSUES**

**ORDER**

HOU02:1136284.10

## ORDER GRANTING DEFENDANTS' CONSOLIDATED AND RE-URGED MOTIONS TO DISMISS ON COMMON ISSUES

THIS CAUSE is before the Court on Defendants' Consolidated Motion to Dismiss, as well as the Re-urged Motions to Dismiss previously filed by each of these Defendants. Upon consideration of the motions and the submissions and argument of counsel, it is hereby ORDERED that Defendants' Consolidated Motion To Dismiss and Defendants' Re-Urged Motions to Dismiss, filed on behalf of American Driving Records, Inc., d/b/a First Advantage ADR, a/k/a Agency Records, Inc., Southwestern Bell Telephone, L.P. d/b/a Southwestern Bell Telephone Company, a Texas Limited Partnership, Safeway Inc., Academy, Ltd., Background Information Systems, Inc., HEB Grocery Company, LP, RealPage, Inc., FedChex, L.L.C, LML Payment Systems Corp., D.B. Stringfellow, URAPI, The Hearst Corporation d/b/a Houston Chronicle, Texas Motor Transportation Association, EmagineNet Technologies, Inc., Texas Farm Bureau Mutual Insurance Company, Defensive Drive Online, Ltd., Household Drivers Report, Inc. d/b/a HDR, Inc., Spartan Insurance Company, Insurance Technologies Corporation, ACS State & Local Solutions, Inc., Gila Corp. d/b/a Municipal Services Bureau, Hawkeye Insurance Services, Reliant Energy, Inc., American Student List, LLC, Source Data, Inc., Driver Training Associates, Inc. d/b/a TicketSchool.com, Jon Latorella, d/b/a LocatePlus Holdings Corporation, American Electric Power Service Corporation, Tenant Tracker, Inc., JI Specialty Services, Inc., Lee Farish Computer Services, Inc., National Statistical Services Corporation, American Municipal Services, Ltd., Globe Life Accident And Insurance Company, ADP Screening and Selection Services, Inc., Softech International, Inc., Talbot Group, Inc., Safety-USA Institute, LLC, Paradise Development, Inc. d/b/a Drivesafe Defensive Driving, Aristotle International, Inc., Defensive Driver Online, Ltd., Global 360 BGS, Inc., ABC Data, Inc. d/b/a Unicard Systems, Inc., Biometric Access Company, ContinuedEd.com D/B/A Idrivesafely.com,

Zebec Data Systems, Inc., InfoNation, Inc., Allied Resident/Employee Screening Service, Inc., United Teacher Associates Insurance Company, Federated Retail Holdings, Inc., f/k/a The May Department Stores Company d/b/a Foley's, Cross-Sell, Inc., Industrial Foundation of America, PropertyInfo Corporation, Marshall Systems Technology, Inc., U.S. Interactive, Inc., Dallas Computer Information Systems, Realty Computer Solutions, Inc. d/b/a Real-Comp, Acxiom Risk Mitigation, Inc., Acxiom Corporation, TeleCheck Services, Inc., Carfax, Inc., and ISO Claims Service, Inc. d/b/a Insurance Information Exchange are hereby GRANTED and all claims asserted against Defendant American Driving Records, Inc., d/b/a First Advantage ADR, a/k/a Agency Records, Inc., Southwestern Bell Telephone, L.P. d/b/a Southwestern Bell Telephone Company, a Texas Limited Partnership, Safeway Inc., Academy , Ltd., Background Information Systems, Inc., HEB Grocery Company, LP, RealPage, Inc., FedChex, L.L.C, LML Payment Systems Corp., D.B. Stringfellow, URAPI, The Hearst Corporation d/b/a Houston Chronicle, Texas Motor Transportation Association, EmagineNet Technologies, Inc., Texas Farm Bureau Mutual Insurance Company, Defensive Drive Online, Ltd., Household Drivers Report, Inc. d/b/a HDR, Inc., Spartan Insurance Company, Insurance Technologies Corporation, ACS State & Local Solutions, Inc., Gila Corp. d/b/a Municipal Services Bureau, Hawkeye Insurance Services, Reliant Energy, Inc., American Student List, LLC, Source Data, Inc., Driver Training Associates, Inc. d/b/a TicketSchool.com, Jon Latorella, d/b/a LocatePlus Holdings Corporation, American Electric Power Service Corporation, Tenant Tracker, Inc., JI Specialty Services, Inc., Lee Farish Computer Services, Inc., National Statistical Services Corporation, American Municipal Services, Ltd, Globe Life Accident And Insurance Company, ADP Screening and Selection Services, Inc., Softech International, Inc., Talbot Group, Inc., Safety-USA Institute, LLC, Paradise Development, Inc. d/b/a Drivesafe Defensive Driving, Aristotle International,

**ORDER**

Inc., Defensive Driver Online, Ltd., Global 360 BGS, Inc., ABC Data, Inc. d/b/a Unicard Systems, Inc., Biometric Access Company, ContinuedEd.com D/B/A Idrivesafely.com, Zebec Data Systems, Inc., InfoNation, Inc., Allied Resident/Employee Screening Service, Inc., United Teacher Associates Insurance Company, Federated Retail Holdings, Inc., f/k/a The May Department Stores Company d/b/a Foley's, Cross-Sell, Inc., Industrial Foundation of America, PropertyInfo Corporation, Marshall Systems Technology, Inc., U.S. Interactive, Inc., Dallas Computer Information Systems, Realty Computer Solutions, Inc. d/b/a Real-Comp, Acxiom Risk Mitigation, Inc., Acxiom Corporation, TeleCheck Services, Inc., Carfax, Inc., and ISO Claims Service, Inc. d/b/a Insurance Information Exchange in the Plaintiffs' Complaint are dismissed with prejudice, with costs taxed against Plaintiffs.