UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, et al. | § | |
|     *PLAINTIFFS,* | § | **CONSOLIDATED** |
| | § | **CAUSE NO. 2:07-cv-00001** |
| v. | § | |
| | § | ORIGINAL |
| SAFEWAY, INC., et al. | § | CAUSE NO. 2:07-cv-00017 |
|     *DEFENDANTS.* | § | |
| | § | JUDGE DONALD E. WALTER |

## NOTICE OF CHANGE OF ADDRESS FOR DEFENDANTS' COUNSEL

Gayla C. Crain and Fred Gaona III, counsel for Defendant Federated Retail Holdings, Inc., n/k/a Macy's Retail Holdings, Inc., have changed firms and will have the following new address and telephone number effective May 1, 2008.

Wherefore, the court's records should be amended to reflect as follows:

Gayla C. Crain
gcrain@spencercrain.com
Fred Gaona III
fgaona@spencercrain.com
Spencer Crain Cubbage Healy & McNamara PLLC
1201 Elm Street
Suite 4100, Lock Box 50
Dallas, TX  75270
Telephone 214-290-0000
Facsimile 214-290-0099

Respectfully submitted,

By: /s/ Gayla C. Crain
Gayla C. Crain
Texas State Bar No. 04991700
Fred Gaona III
Texas State Bar No. 24029562

EPSTEIN BECKER GREEN
WICKLIFF & HALL, P.C.
Lincoln Plaza 27th Floor
500 North Akard Street
Dallas, TX 75201-3306
(214) 397-4300
(214) 397-0702 FAX
E-mail: gcrain@ebglaw.com
E-mail: fgaona@ebglaw.com

Catherine Sison
Missouri State Bar No. 49793

FEDERATED RETAIL HOLDINGS, INC.
611 Olive Street, Suite 1750
St. Louis, MO 63101
(314) 342-6715
(314) 342-3066 FAX
E-mail: catherine.sison@macys.com

**ATTORNEYS FOR DEFENDANT
FEDERATED RETAIL HOLDINGS, INC., N/K/A
MACY'S RETAIL HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2007 I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. Pursuant to Local Rule CV-5(2-3), all attorneys of record are registered with the Court and will receive a "Notice of Electronic Filing," and have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Gayla C. Crain