IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, *et al.*, | § § § § § § § § § | CAUSE NOS. 2:07-cv-00001, 2:07-cv-00013, 2:07-cv-00014, 2:07-cv-00017, 2:07-cv-00018, 2:07-cv-00410 |
| Plaintiffs, | | JUDGE: DONALD WALTER |
| v. | | RESPONSE TO DEFENDANT INFONATION INC.'S RESPONSE TO PLAINTIFFS' STATEMENT OF VIOLATIONS OF THE DRIVERS' PRIVACY PROTECTION ACT AND SUPPLEMENT TO CONSOLIDATED MOTION TO DISMISS ON COMMON ISSUES |
| ACXIOM, *et al.*, | | |
| Defendants. | | |

### RESPONSE TO DEFENDANT INFONATION INC.'S RESPONSE TO PLAINTIFFS' STATEMENT OF VIOLATIONS OF THE DRIVERS' PRIVACY PROTECTION ACT AND SUPPLEMENT TO CONSOLIDATED MOTION TO DISMISS ON COMMON ISSUES

Plaintiffs, By And Through Their Undersigned Counsel, Hereby File Their Response To Defendant Infonation Response To Plaintiffs' Statement Of Violations Of The Drivers' Privacy Protection Act and Supplement To Consolidated Motion To Dismiss On Common Issues, and In Support Thereof,[1] State:

It appears that this Defendant has not raised any issues that were not addressed in Plaintiffs Response to Defendants' Consolidated Motion to Dismiss on Common Issues.

The arguments presented by this Defendant are boilerplate in nature and have been fully addressed in Plaintiffs' Response to Defendants' Consolidated Motion to Dismiss on Common Issues. Plaintiffs hereby refer to that Response and all arguments contained therein.

---

[1] As with Defendants, Plaintiffs also rely on all arguments previously made in response to this Defendant's' previously filed Motions to Dismiss.

1

For these reasons, as well as those previously presented to the Court in response to this Defendant's original Motion to Dismiss, Plaintiffs contend that this Defendant's Motion to Dismiss should be denied.

Respectfully submitted,

**THE COREA FIRM, P.L.L.C.**

/Jeremy R. Wilson/
Thomas M. Corea
Texas Bar No. 24037906
Jeremy R. Wilson
Texas Bar No. 24037722
The Republic Center
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201
Telephone:   (214)953-3900
Facsimile:    (214)953-3901

**OTSTOTT & JAMISON, P.C.**
George A. Otstott
Texas Bar No. 15342000
Ann Jamison
Texas Bar No. 00798278
Two Energy Square
4849 Greenville Avenue, Suite 1620
Dallas, Texas 75206
Telephone:   (214)522-9999
Facsimile:    (214)828-4388

**THE MANN FIRM**
James Mark Mann
Texas Bar No. 12926150
300 W. Main
Henderson, TX 75652
(903) 657-8540
Fax: (903) 657-6003

## **CERTIFICATE OF SERVICE**

I certify that on May 9th, 2008, I electronically filed the above Motion with the Clerk of the Court using CM/ECF and that the Motion has been forwarded by CM/ECF to all counsel of record.

/Jeremy R. Wilson/
Jeremy R. Wilson

3