# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv001 |
| v. | JUDGE DONALD E. WALTER |
| ACXIOM CORPORATION, ET AL. | |
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv0013 |
| v. | JUDGE DONALD E. WALTER |
| ACS STATE & LOCAL SOLUTIONS, INC., ET AL. | |
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv0014 |
| v. | JUDGE DONALD E. WALTER |
| TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, ET AL. | |
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv0017 |
| v. | JUDGE DONALD E. WALTER |
| SAFEWAY, INC., ET AL. | |
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv0018 |
| v. | JUDGE DONALD E. WALTER |
| BIOMETRIC ACCESS COMPANY, ET AL. | |
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv0410 |
| v. | JUDGE DONALD E. WALTER |
| FREEMAN PUBLISHING COMPANY, ET AL. | |

**MOTION FOR LEAVE TO FILE REPLY IN EXCESS OF TEN PAGES FILED ON BEHALF OF AMERICAN DRIVING RECORDS D/B/A FIRST ADVANTAGE ADR A/K/A AGENCY RECORDS INC., SOUTHWESTERN BELL TELEPHONE, L.P. D/B/A SOUTHWESTERN BELL TELEPHONE COMPANY, A TEXAS LIMITED PARTNERSHIP, SAFEWAY INC., ACADEMY, LTD., BACKGROUND INFORMATION SYSTEMS, INC., HEB GROCERY COMPANY, LP, REALPAGE, INC., FEDCHEX, LLC., LML PAYMENT SYSTEMS, CORP., D.B. STRINGFELLOW, URAPI, THE HEARST CORPORATION D/B/A HOUSTON CHRONICLE, TEXAS MOTOR TRANSPORTATION ASSOCIATION, EMAGINENET TECHNOLOGIES, INC., TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, HOUSEHOLD DRIVERS REPORT, INC. D/B/A HDR, INC., SPARTAN INSURANCE COMPANY, ACS STATE & LOCAL SOLUTIONS, INC., INSURANCE TECHNOLOGIES CORPORATION, AMERICAN STUDENT LIST, LLC, GILA CORPORATION D/B/A MUNICIPAL SERVICES BUREAU, HAWKEYE INSURANCE SERVICES, RELIANT ENERGY, INC., SOURCE DATA, INC., DRIVER TRAINING ASSOCIATES, INC. D/B/A TICKETSCHOOL.COM, JON LATORELLA, D/B/A LOCATEPLUS HOLDINGS CORPORATION, AMERICAN ELECTRIC POWER SERVICE CORPORATION, TENANT TRACKER, INC., JI SPECIALTY SERVICES, INC., LEE FARISH COMPUTER SERVICES, INC., NATIONAL STATISTICAL SERVICES CORPORATION, AMERICAN MUNICIPAL SERVICES, LTD., GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, ADP SCREENING AND SELECTION SERVICES, INC., SOFTECH INTERNATIONAL, INC., TALBOT GROUP, INC., PARADISE DEVELOPMENT, INC. D/B/A DRIVESAFE DEFENSIVE DRIVING, SAFETY-USA INSTITUTE, LLC, ARISTOTLE INTERNATIONAL, INC., DEFENSIVE DRIVER ONLINE, INC., GLOBAL 360 BGS, INC., ABC DATA, Inc. d/b/a UNICARD SYSTEMS, INC., BIOMETRIC ACCESS COMPANY, CONTINUEDED.COM LLC, D/B/A IDRIVESAFELY.COM, ZEBEC DATA SYSTEMS, INC., INFONATION, INC., ALLIED RESIDENT/EMPLOYEE SCREENING SERVICE, INC., UNITED TEACHER ASSOCIATES INSURANCE COMPANY, FEDERATED RETAIL HOLDINGS, INC. F/K/A THE MAY DEPARTMENT STORES COMPANY D/B/A FOLEY'S, CROSS-SELL, INC., PROPERTYINFO CORPORATION, MARSHALL SYSTEMS TECHNOLOGY, INC., U.S. INTERACTIVE, INC., DALLAS COMPUTER INFORMATION SYSTEMS, REALTY COMPUTER SOLUTIONS, INC. d/b/a REAL-COMP, ACXIOM RISK MITIGATION, INC., ACXIOM CORPORATION, TELECHECK SERVICES, INC., ISO CLAIMS SERVICE, INC. D/B/A INSURANCE INFORMATION EXCHANGE, AND CARFAX, INC.**

MOTION FOR LEAVE TO FILE REPLY EXCEEDING TEN PAGE LIMIT

Dockets.Justia.com

**DEFENDANTS' AGREED MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS'
RESPONSE TO DEFENDANTS' CONSOLIDATION MOTION TO DISMISS**

These Defendants[1] file this Agreed Motion for Leave to File their Reply to Plaintiffs'
Response to Defendants' Consolidated Motion ("Consolidated Reply") to Dismiss in Excess of
Ten Pages.

1.      In the interest of efficiency, these Defendants plan to file a Consolidated Reply.

2.      These Defendants understand that the page limit for their Consolidated Reply is 10
pages.

3.      Because these Defendants are filing a Consolidated Reply on behalf of over 50
Defendants, which will significantly decrease the volume of briefing filed, Defendants
respectfully request that the Court grant them leave to file a Consolidated Reply in excess of ten
pages. These Defendants' Reply is 13 pages.

4.      Plaintiffs' counsel agree to this Motion.

These Defendants respectfully request that the Court grant this Motion and enter an order
allowing these Defendants to file their Reply to Response to Defendants' Consolidation Motion
to Dismiss in excess of ten pages.

---

[1] For purposes of this motion, the Defendants listed on the cover page shall be known as "these Defendants."

MOTION FOR LEAVE TO FILE REPLY EXCEEDING TEN PAGE LIMIT

Respectfully submitted,

BAKER BOTTS L.L.P.

By      /s/ Philip J. John
        Philip J. John
        State Bar No. 10672000
        E-mail: philip.john@bakerbotts.com
        One Shell Plaza
        910 Louisiana
        Houston, Texas  77002
        (713) 229-1234
        (713) 229-1522 (Facsimile)

        Chad M. Pinson
        State Bar No. 24007849
        E-mail: chad.pinson@bakerbotts.com
        2001 Ross Avenue
        Dallas , Texas 75201-2980
        (214) 953-6500
        (214) 953-6503 (Facsimile)

        Elizabeth E. Baker
        State Bar No. 24045437
        E-mail: elizabeth.baker@bakerbotts.com
        One Shell Plaza
        910 Louisiana
        Houston, Texas  77002
        (713) 229-1234
        (713) 229-1522 (Facsimile)

JASON R. SEARCY & ASSOCIATES, P.C.

        Jason R. Searcy
        State Bar No. 17953500
        Amy Bates Ames
        State Bar No. 24025243
        Joshua P. Searcy
        State Bar No. 24053468
        P. O. Box 3929
        Longview, Texas 75606
        Telephone:  (903) 757-3399
        Facsimile:    (903) 757-9559

**MOTION FOR LEAVE TO FILE REPLY EXCEEDING TEN PAGE LIMIT**

ATTORNEYS FOR AMERICAN DRIVING RECORDS,
INC., D/B/A FIRST ADVANTAGE ADR, A/K/A AGENCY
RECORDS, INC., SOUTHWESTERN BELL TELEPHONE,
L.P. D/B/A SOUTHWESTERN BELL TELEPHONE
COMPANY, A TEXAS LIMITED PARTNERSHIP,
SAFEWAY INC., ACADEMY , LTD., BACKGROUND
INFORMATION SYSTEMS, INC., HEB GROCERY
COMPANY, LP AND REALPAGE, INC.


MARTIN, DISIERE, JEFFERSON &WISDOM,
L.L.P.

By      /s/ Stephen D. Henninger
        Mark J. Dyer
        State Bar No.  06317500
        Attorney in Charge
        Stephen D. Henninger
        State Bar No.  00784256
        900 Jackson Street, Suite 710
        Dallas, TX  75202
        (214) 420-5500 (office)
        (214) 420-5501 (telecopier)

ATTORNEYS FOR DEFENDANT FEDCHEX, L.L.C.


WALTERS BALIDO & CRAIN, L.L.P.

By      /s/ Jerry L. Ewing, Jr.
        Jerry L. Ewing, Jr.
        Texas State Bar No. 06755470
        Federal ID No.  9359
        jerry.ewing@wbclawfirm.com
        Gregory R. Ave
        Texas State Bar No. 01448900
        greg.ave@wbclawfirm.com
        900 Jackson Street, Suite 600
        Dallas, Texas 75202
        (214) 749-4805
        (214) 760-1670 - Facsimile

ATTORNEYS FOR DEFENDANT SPARTAN INSURANCE
COMPANY


**MOTION FOR LEAVE TO FILE REPLY EXCEEDING TEN PAGE LIMIT**

WALTERS, BALIDO & CRAIN, L.L.P.

By      /s/ Carlos A. Balido
        Carlos A. Balido
        Texas State Bar No.  01631230
        carlos.balido@wbclawfirm.com
        Gregory R. Ave
        Texas State Bar No. 01448900
        greg.ave@wbclawfirm.com
        900 Jackson Street, Suite 600
        Dallas, Texas 75202
        (214) 749-4805 (telephone)
        (214) 760-1670 (facsimile)

ATTORNEYS FOR DEFENDANT HOUSEHOLD DRIVERS
REPORT, INC., D/B/A HDR, INC.


ANDREWS KURTH LLP

By      /s/ Charles L. Perry
        Charles L. Perry
        State Bar No. 15799900
        1717 Main Street, Suite 3700
        Dallas, Texas 75201
        (214) 659-4681
        (214) 659-4894 (facsimile)

ATTORNEYS FOR DEFENDANT INSURANCE
TECHNOLOGIES CORPORATION


MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.

By      /s/ Larry F. York
        Larry F. York
        State Bar No. 22164000
        600 Congress Ave., Suite 2100
        Austin, Texas  78701
        Tel:  (512) 495-6075
        Fax: (512) 505-6375

ATTORNEYS FOR DEFENDANT ACS STATE & LOCAL
SOLUTIONS, INC.


**MOTION FOR LEAVE TO FILE REPLY EXCEEDING TEN PAGE LIMIT**

SMITH, ROBERTSON, ELLIOTT, GLEN, KLEIN
& BELL, L.L.P.

By      /s/ Wallace M. Smith
        Wallace M. Smith
        Attorney-in-Charge
        State Bar No. 18698200
        221 West Sixth Street, Suite 1100
        Austin, Texas 78701
        Telephone:  (512) 225-5800
        Telecopier:  (512) 225-5838
        wsmith@smith-robertson.com

ATTORNEYS FOR DEFENDANT GILA CORPORATION
D/B/A MUNICIPAL SERVICES BUREAU


CHAMBLEE & RYAN, P.C.

By      /s/ Oralia Guzman
        Jeffery M. Kershaw
        State Bar No. 11355020
        Oralia Guzman
        State Bar No. 24041029
        2777 Stemmons Freeway, Suite 1157
        Dallas, Texas  75207
        (214) 905-2003
        (214) 905-1213 (Facsimile)

ATTORNEYS FOR DEFENDANT HAWKEYE INSURANCE
SERVICES

**MOTION FOR LEAVE TO FILE REPLY EXCEEDING TEN PAGE LIMIT**

THE HEARST CORPORATION

By     /s/ Ravi V. Sitwala
         Eva M. Saketkoo
         Ravi V. Sitwala
         Office of General Counsel
         300 West 57 Street, 40th Flr.
         New York, NY 10019
         Tel: (212) 649-2000

OGDEN, GIBSON, BROOCKS & LONGORIA, L.L.P.

         William W. Ogden
         State Bar No. 15228500
         1900 Pennzoil South Tower
         711 Louisiana
         Houston, Texas 77002
         Telephone: 713-844-3000
         Facsimile: 713- 844-3030

ATTORNEYS FOR THE HEARST CORPORATION D/B/A HOUSTON CHRONICLE

YETTER & WARDEN, L.L.P.

By     /s/ Eric P. Chenoweth
         Eric P. Chenoweth
         State Bar No. 24006989
         909 Fannin, Suite 3600
         Houston, TX 77010
         (713) 632-8000
         (713) 632-8002 (fax)
         echenoweth@yetterwarden.com

ATTORNEYS FOR DEFENDANT RELIANT ENERGY, INC.

HUNTON & WILLIAMS LLP

By      /s/ Stephen S. Maris
        Stephen S. Maris
        Texas Bar No. 12986400
        E-mail:  smaris@hunton.com
        Melissa J. Swindle
        Texas Bar No. 24013600
        E-mail:  mswindle@hunton.com
        1445 Ross Avenue, Suite 3700
        Dallas, Texas 75202-2799
        Telephone:  (214) 468-3300
        Facsimile:  (214)  468-3599

ATTORNEYS FOR DEFENDANT AMERICAN STUDENT
LIST, LLC

RAMEY, CHANDLER, McKINLEY & ZITO, P.C.

By      /s/ Robert L. Ramey
        Robert L. Ramey – Attorney in Charge
        Texas Bar No. 16498200
        Jill D. Schein
        Texas Bar No. 00787476
        750 Bering Drive, Suite 600
        Houston, Texas 77057
        Telephone No.: (713) 266-0074
        Facsimile No.: (713) 266-1064

ATTORNEYS FOR DEFENDANT SOURCE DATA, INC.

**MOTION FOR LEAVE TO FILE REPLY EXCEEDING TEN PAGE LIMIT**

BURLESON COOKE, LLP

By    /s/ Randy Burton
          Randy Burton
          Texas State Bar No. 03479050
          711 Louisiana, Suite 1701
          Houston, Texas 77002
          (713) 358-1762 [Telephone]
          (713) 358-1721 [Facsimile]

ATTORNEYS FOR DRIVER TRAINING ASSOCIATES,
INC. D/B/A TICKETSCHOOL.COM

ANDREWS & UPDEGRAPH, P.C.

By    /s/ Robert M. Strasnick
          Robert M. Strasnick - B.B.O. #637598
          70 Washington Street; Suite 212
          Salem, MA 01970
          (978) 740-6633

ATTORNEYS FOR JON LATORELLA, D/B/A
LOCATEPLUS HOLDING CORPORATION

COGHLAN CROWSON, LLP.

By    /s/ Stayton L. Worthington
          Stayton L. Worthington
          Lead Attorney
          State Bar No. 22010200
          David P. Henry
          State Bar No. 24027015
          Suite 211, The Energy Centre
          1127 Judson Road
          P.O. Box 2665
          Longview, Texas 75606-2665
          903/758-5543 Telephone
          903/753-6989 Facsimile
          bworthington@ccfww.com

ATTORNEYS FOR AMERICAN ELECTRIC POWER
SERVICE CORPORATION

**MOTION FOR LEAVE TO FILE REPLY EXCEEDING TEN PAGE LIMIT**

ABERNATHY ROEDER BOYD & JOPLIN, P.C.

By      /s/ Richard M. Abernathy
        Richard M. Abernathy
        State Bar No. 00809500
        1700 Redbud Blvd., Suite 300
        McKinney, Texas 75069
        (214) 544-4000 Telephone
        (214) 544-4040 Facsimile

ATTORNEYS FOR DEFENDANT TENANT TRACKER, INC.


TAYLOR DUNHAM AND BURGESS LLP

By      /s/ Steven D. Urban
        Donald R. Taylor
        State Bar No. 19688800
        dtaylor@taylordunham.com
        Steven D. Urban
        State Bar No. 24028179
        surban@taylordunham.com
        301 Congress Avenue, Suite 1050
        Austin, Texas 78701
        (512) 473-2257
        (512) 478-4409 facsimile

ATTORNEYS FOR DEFENDANT UNITED TEACHER ASSOCIATES INSURANCE COMPANY


BROWN MCCARROLL, L.L.P.

By      /s/ Joel E. Geary
        Joel E. Geary
        State Bar No. 24002129
        2001 Ross Avenue, Suite 2000
        Dallas, Texas 75201-2995
        (214) 999-6100
        (214) 999-6170 - facsimile

COUNSEL FOR DEFENDANT JI SPECIALTY SERVICES, INC.

**MOTION FOR LEAVE TO FILE REPLY EXCEEDING TEN PAGE LIMIT**

JOHNSON, VAUGHN, & HEISKELL

By      /s/ Michael P. Heiskell
        Michael P. Heiskell
        State Bar No.  09383700
        5601 Bridge Street, Suite 220
        Fort Worth, Texas 76112
        (817) 457-2999
        (817) 496-1102 facsimile

ATTORNEY FOR NATIONAL STATISTICAL SERVICES
CORPORATION

HANSHAW KENNEDY, LLP

By      /s/ Hastings L. Hanshaw
        Hastings L. Hanshaw
        Texas State Bar No. 24012781
        hlh@hanshawkennedy.com
        Attorney in Charge
        Collin D. Kennedy
        Texas State Bar No. 24012952
        cdk@hanshawkennedy.com
        1125 Legacy Drive, Suite 250
        Frisco, Texas  75034
        Telephone:  (972) 731-6500
        Facsimile:  (972) 731-6555

ATTORNEYS FOR AMERICAN MUNICIPAL SERVICES,
LTD.

LOCKE LORD BISSELL & LIDDELL LLP

By    /s/ Michael H. Collins
       Michael H. Collins
       Texas Bar No. 04614300
       (mcollins@lockelord.com)
       Thomas G. Yoxall
       State Bar No. 00785304
       (tyoxall@lockelord.com)
       Kirsten M. Castañeda
       State Bar No. 00792401
       (kcastaneda@lockelord.com)
       Arthur E. Anthony
       State Bar No. 24001661
       (aanthony@lockelord.com)
       2200 Ross Avenue, Suite 2200
       Dallas, Texas 75201
       Telephone:   (214) 740-8000
       Facsimile:   (214) 740-8800

ATTORNEYS FOR GLOBE LIFE AND ACCIDENT
INSURANCE COMPANY

CAMPBELL HARRISON & DAGLEY L.L.P.

By    /s/ Robin L. Harrison
       Robin L. Harrison
       State Bar No. 09120700
       4000 Two Houston Center
       909 Fannin, Suite 4000
       Houston, Texas 77010
       (713) 752-2332 Telephone
       (713) 752-2330 Facsimile

ATTORNEYS FOR DEFENDANT ADP SCREENING AND
SELECTION SERVICES, INC. A/K/A AVERT, INC.

**MOTION FOR LEAVE TO FILE REPLY EXCEEDING TEN PAGE LIMIT**

DOUGLAS E. KOGER

By      /s/ Douglas E. Koger
        Douglas E. Koger
        State Bar No. 11654950
        14090 Southwest Freeway, Ste. 300
        Sugar Land, Texas  77478
        Telephone (281) 340-2050
        Facsimile (281) 340-2052
        Email: dekoger@kogerlaw.com

ATTORNEY FOR EMAGINENET TECHNOLOGIES, INC.


GODWIN PAPPAS RONQUILLO LLP

By      /s/ David J. White
        State Bar No. 21294500
        Attorney-in-Charge
        1201 Elm Street, Suite 1700
        Dallas, Texas  75270
        Telephone:  214.939.4400
        Facsimile:  214.527.3206

ATTORNEYS FOR TALBOT GROUP, INC.


J. RICHARD TUBB, PLLC

By      /s/ J. Richard Tubb
        J. Richard Tubb
        State Bar No. 20260400
        Preston Commons West
        8117 Preston Road, Suite 300
        Dallas, Texas 75225
        214-706-9234:  Telephone
        214-706-9236:  Facsimile

ATTORNEYS FOR DEFENDANTS PARADISE
DEVELOPMENT, INC. D/B/A DRIVESAFE DEFENSIVE
DRIVING AND SAFETY-USA INSTITUTE, LLC

GUY N. HARRISON

By      /s/ Guy N. Harrison
        Guy N. Harrison
        Attorney at Law
        State Bar No. 00000077
        217 N. Center Street
        P.O. Box 2845
        Longview, Texas 75606
        Tel:  (903) 758-7361
        Fax: (903) 753-9557
        guy@gnhlaw.com

ATTORNEY FOR DEFENDANT ARISTOTLE
INTERNATIONAL, INC.

LOCKE LORD BISSELL & LIDDELL LLP

By      /s/ J. Michael Dorman
        J. Michael Dorman
        Texas Bar No. 06004300
        (mdorman@lockelord.com)
        Christopher Verducci
        Texas Bar No. 24051470
        (cverducci@lockelord.com)
        600 Travis Street, Suite 3400
        Houston, Texas 77002
        Telephone: (713) 226-1200
        Facsimile:  (713) 223-3717

ATTORNEYS FOR DEFENDANT DEFENSIVE DRIVER
ONLINE, LTD.

THE LAW OFFICES OF S. GEORGE ALFONSO

By      /s/ George Alfonso
        S. George Alfonso
        State Bar No. 00785658
        5340 Alpha Road
        Dallas, TX. 75244
        Phone: (972) 458-6800
        Fax:    (972) 458-6801


ATTORNEY FOR DEFENDANT ABC DATA, INC. D/B/A
UNICARD SYSTEMS, INC.

HALTOM & DOAN

By      /s/ Jennifer Haltom Doan
        Jennifer Haltom Doan
        Texas Bar No. 08809050
        Joshua R. Thane
        Texas Bar No. 24060713
        Crown Executive Center, Suite 100
        6500 Summerhill Road
        Texarkana, TX  75503
        Telephone:  (903) 255-1000
        Facsimile:  (903) 255-0800
        Email:  jdoan@haltomdoan.com

ARNOLD & PORTER LLP

        Randall K. Miller (VA Bar #70672)
        1600 Tysons Boulevard, Suite 900
        McLean, VA  22102
        Telephone:  (703) 720-7030
        Facsimile:  (703) 720-7399
        Email:  Randall.Miller@aporter.com

COUNSEL FOR BIOMETRIC ACCESS COMPANY

GRAU KOEN, P.C.

By     /s/ James W. Grau
         James W. Grau
         Attorney in Charge
         State Bar No:  08306350
         Scott A. Whisler
         State Bar No. 21272900
         2711 N. Haskell Avenue
         Suite 2000
         Dallas, Texas 75204
         (214) 521-4145
         (214) 521-4320-Fax
         jgrau@graukoen.com

LAW OFFICES OF HAL BROWNE

By     /s/ Hal M. Browne
         Hal M. Browne
         State Bar No. 03213500
         6008 Fieldstone Drive
         Dallas, Texas 75252
         (469) 878-4742
         (972) 930-0772-Fax
         halbrowne@hotmail.com

ATTORNEYS FOR DEFENDANT CONTINUEDED.COM LLC, D/B/A IDRIVESAFELY.COM

EBANKS, SMITH & CARLSON, L.L.P.

By     /s/ Marvin C. Moos
         Marvin C. Moos
         State Bar No.: 14413900
         Ebanks, Smith & Carlson, L.L.P.
         1301 McKinney, Suite 2700
         Houston, Texas  77010-3079
         TELEPHONE:  713/333-4500
         FACSIMILE:  713/333-4600

ATTORNEY-IN-CHARGE FOR DEFENDANT ZEBEC DATA SYSTEMS, INC. AND DEFENDANT INFONATION, INC.

**MOTION FOR LEAVE TO FILE REPLY EXCEEDING TEN PAGE LIMIT**

WIMER & JOBE

By      /s/ Brian C. Jobe
       Brian C. Jobe
       Texas Bar No. 10668200
       Two Galleria Tower
       13455 Noel Road, Suite 1000
       Dallas, TX  75240
       Phone: (972) 701-9066
       Fax: (972) 701-9069

ALLIED RESIDENT/EMPLOYEE SCREENING SERVICE, INC.

SPENCER CRAIN CUBBAGE HEALY & MCNAMARA PLLC

By      /s/ Gayla C. Crain
       Gayla C. Crain
       Texas State Bar No. 04991700
       Fred Gaona III
       Texas State Bar No.  24029562
       1201 Elm St., Suite  4100
       Dallas, TX  75270
       Main No.:  214.290.0000
       Fax: 214.290.0099
       Direct: 214.290.0002
       E-mail:  gcrain@spencercrain.com

FEDERATED RETAIL HOLDINGS, INC.

       Catherine Sison
       Missouri State Bar No. 49793
       611 Olive Street, Suite 1750
       St. Louis, MO 63101
       (314) 342-6715
       (314) 342-3066 FAX
       E-mail:  catherine.sison@macys.com

ATTORNEYS FOR DEFENDANT FEDERATED RETAIL HOLDINGS, INC., F/K/A THE MAY DEPARTMENT STORES COMPANY D/B/A FOLEY'S

**MOTION FOR LEAVE TO FILE REPLY EXCEEDING TEN PAGE LIMIT**

GESS MATTINGLY & ATCHISON, P.S.C.

By      /s/ William W. Allen
        William W. Allen
        201 West Short Street
        Lexington, KY  40507
        Telephone:  859-252-9000
        Facsimile:  859-233-4269
        Email: wallen@gmalaw.com

COUNSEL FOR DEFENDANT CROSS-SELL, INC.

PORTER & HEDGES, L.L.P.

By:     /s/Jeffrey R. Elkin
        Jeffrey R. Elkin
        State Bar No. 06522180
        1000 Main Street, 36th Floor
        Houston, Texas 77002
        (713) 226-6617 – Telephone
        (713) 226-6217 – Facsimile
        Email: jelkin@porterhedges.com

ATTORNEYS FOR DEFENDANT PROPERTYINFO
CORPORATION, SUCCESSOR BY MERGER TO REI
DATA, INC.

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By      /s/ Roger D. Higgins
        Roger D. Higgins
        State Bar No.  09601500
        Daniel P. Buechler
        State Bar No. 24047756
        700 N. Pearl Street, Twenty-Fifth Floor
        Dallas, Texas 75201-2832
        Telephone:  (214) 871-8256
        Telecopy:  (214) 871-8209

ATTORNEYS FOR DEFENDANT TEXAS FARM BUREAU
MUTUAL INSURANCE COMPANY

**MOTION FOR LEAVE TO FILE REPLY EXCEEDING TEN PAGE LIMIT**

THOMPSON & KNIGHT, LLP

By     /s/ Craig A. Haynes
         Craig A. Haynes
         State Bar No. 09284020
         E-Mail: Craig.Haynes@tklaw.com
         Jason L. Cagle
         State Bar No. 24027540
         E-Mail: Jason.Cagle@tklaw.com
         Thompson & Knight, LLP
         1700 Pacific, Suite 3300
         Dallas, Texas 75201
         Phone: 214-969-1700
         Fax: 214-969-1751

ATTORNEYS FOR DEFENDANT LML PAYMENT
SYSTEMS CORP.


T. BELEW ELLIS

By     /s/ T. Belew Ellis
         T. Belew Ellis
         State Bar No. 24007156
         P.O. Box 802
         Marshall, Texas 75671-0802
         (903) 938-0593
         (903) 938-9062 (Fax)

ATTORNEY FOR DEFENDANT MARSHALL SYSTEMS
TECHNOLOGY, INC

SIEBMAN REYNOLDS BURG PHILLIPS &
SMITH LLP

By      /s/ Michael C. Smith
        Michael C. Smith
        State Bar No. 18650410
        713 South Washington Avenue
        Marshall, TX 75670
        Telephone: (903) 938-8900
        Facsimile:  (972) 767-4620
        E-Mail: michaelsmith@siebman.com

LEAD ATTORNEY FOR DEFENDANT U.S.
INTERACTIVE, INC.

OF COUNSEL:

SEYFARTH SHAW LLP

        Walter J. Cicack
        State Bar No. 04250535
        Karl E. Neudorfer
        State Bar No. 24053388
        Seyfarth Shaw LLP
        700 Louisiana Street, Suite 3700
        Houston, Texas 77002
        Telephone:  (713) 225-2300
        Facsimile:  (713) 225-2340
        E-Mail:  wcicack@seyfarth.com

FARRAR & BALL
        Michael A. Hawash
        State Bar No. 00792061
        1010 Lamar, Suite 1600
        Houston, TX 77002
        Telephone:  (713) 221-8300
        E-Mail:  michael@fbtrial.com

ATTORNEYS FOR DEFENDANT U.S. INTERACTIVE,
INC.

**MOTION FOR LEAVE TO FILE REPLY EXCEEDING TEN PAGE LIMIT**

THE HUNNICUTT LAW FIRM

By      /s/ J. Stephen Hunnicutt
        J. Stephen Hunnicutt
        State Bar No. 10279510
        Two Hillcrest Green
        12720 Hillcrest, Suite 750
        Dallas, Texas 75230
        214.361.6740
        214.691.5099 (fax)
        steve@hunnicuttlaw.com

COUNSEL FOR DALLAS COMPUTER INFORMATION
SYSTEMS


BOYD & BROWN, P.C.

By      /s/ Paul M. Boyd
        Paul M. Boyd
        State Bar No. 02775700
        Lead Attorney
        1215 Pruitt Place
        Tyler, Texas 75703
        903/526-9000
        903/526-9001 (FAX)
        boydpc@tyler.net

ATTORNEYS FOR DEFENDANT, REALTY COMPUTER
SOLUTIONS, INC. D/B/A REAL-COMP


BURLESON, PATE & GIBSON

By      /s/ John E. Collins
        John E. Collins
        TX SBN: 04613000
        2414 N. Akard, Ste. 700
        Dallas, Texas 75201
        214-871-4900 Telephone
        Facsimile: 214-871-7543

ATTORNEY FOR URAPI, INC. AND D.B.
STRINGFELLOW

MOTION FOR LEAVE TO FILE REPLY EXCEEDING TEN PAGE LIMIT

IRELAND, CARROLL & KELLEY, P.C.

By    /s/ Patrick Kelley

Patrick Kelley
State Bar No.  11202500
6701 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile:  (903) 581-1071
Email: patkelley@icklaw.com

HUNTON & WILLIAMS LLP

Barry R. Davidson
1111 Brickell Ave., Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile:  (305) 810.240
Email: bdavidson@hunton.com

ATTORNEYS FOR DEFENDANT ACXIOM
CORPORATION AND ACXIOM RISK
MITIGATION, INC.

PARKER HUDSON RAINER & DOBBS, LLP

By    /s/ Jodi Emmert Zysek

David G. Russell
Georgia Bar No. 620350
Jodi Emmert Zysek
Georgia Bar No. 247407
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia  30303
Phone:  (404) 523-5300
Facsimile:  (404) 522-8409
E-mail:  drussell@phrd.com
E-mail:  jzysek@phrd.com

**MOTION FOR LEAVE TO FILE REPLY EXCEEDING TEN PAGE LIMIT**

OF COUNSEL:

CAPSHAW DERIEUX, LLP

        Calvin Capshaw
        State Bar No. 03783900
        Elizabeth L. DeRieux
        State Bar No. 05770585
        Energy Centre
        1127 Judson Road, Suite 220
        P. O. Box 3999 (75606-3999)
        Longview, Texas 75601-5157
        Direct Dial: (903) 233-4816
        Telephone: (903) 236-9800
        Facsimile: (903) 236-8787
        ederieux@capshawlaw.com
        ccapshaw@capshawlaw.com

ATTORNEYS FOR DEFENDANT TELECHECK SERVICES, INC.


GARDERE WYNNE SEWELL LLP

By     /s/ Mark W. Bayer
        Mark W. Bayer
        Texas State Bar No. 01939925
        1601 Elm Street, Suite 3000
        Dallas, Texas 75201-4761
        214/999-3000
        Fax: 214/999-4667

ATTORNEYS FOR ISO CLAIMS SERVICE, INC. DBA INSURANCE INFORMATION EXCHANGE

**MOTION FOR LEAVE TO FILE REPLY EXCEEDING TEN PAGE LIMIT**

CROUCH & RAMEY, L.L.P.

By      /s/ Kirk T. Florence
        Kirk T. Florence
        State Bar No. 07160900
        1445 Ross Avenue, Suite 3600
        Dallas, Texas  75202
        Telephone:  (214) 922-7100
        Telecopier:  (214) 922-7101
        Email:  kflorence@crouchfirm.com

OF COUNSEL:

NIXON PEABODY LLP

        Christopher M. Mason
        437 Madison Avenue
        New York, New York 10022
        Telephone:  (212) 940-3000
        Telecopier:  (212) 940-3111
        Email:  cmason@nixonpeabody.com

COUNSEL FOR DEFENDANT CARFAX, INC.

MOTION FOR LEAVE TO FILE REPLY EXCEEDING TEN PAGE LIMIT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed pursuant to the electronic filing requirements of the United States District Court for the Eastern District of Texas on this, the 14th day of May, 2008, which provides for service on counsel of record in accordance with the electronic filing protocols in place.

/s/ Elizabeth E. Baker
Elizabeth E. Baker

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Plaintiffs' counsel, Mark Mann, and he agreed with this Motion for Leave.

/s/ Jennifer Haltom Doan
Jennifer Haltom Doan

**MOTION FOR LEAVE TO FILE REPLY EXCEEDING TEN PAGE LIMIT**