IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SHARON TAYLOR, ET AL. <br> v. <br> ACXIOM CORPORATION, ET AL. | CIVIL ACTION NO. 2:07cv001 <br> JUDGE DONALD E. WALTER |
| SHARON TAYLOR, ET AL. <br> v. <br> ACS STATE & LOCAL SOLUTIONS, INC., ET AL. | CIVIL ACTION NO. 2:07cv0013 <br> JUDGE DONALD E. WALTER |
| SHARON TAYLOR, ET AL. <br> v. <br> TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, ET AL. | CIVIL ACTION NO. 2:07cv0014 <br> JUDGE DONALD E. WALTER |
| SHARON TAYLOR, ET AL. <br> v. <br> SAFEWAY, INC., ET AL. | CIVIL ACTION NO. 2:07cv0017 <br> JUDGE DONALD E. WALTER |
| SHARON TAYLOR, ET AL. <br> v. <br> BIOMETRIC ACCESS COMPANY, ET AL. | CIVIL ACTION NO. 2:07cv0018 <br> JUDGE DONALD E. WALTER |
| SHARON TAYLOR, ET AL. <br> v. <br> FREEMAN PUBLISHING COMPANY, ET AL. | CIVIL ACTION NO. 2:07cv0410 <br> JUDGE DONALD E. WALTER |

**ORDER GRANTING DEFENDANTS' AGREED MOTION FOR LEAVE TO FILE
REPLY TO PLAINTIFFS' RESPONSE TO
DEFENDANTS' CONSOLIDATED MOTION TO DISMISS**

Before the Court is American Driving Records, Inc., d/b/a First Advantage ADR, a/k/a Agency Records, Inc., Southwestern Bell Telephone, L.P. d/b/a Southwestern Bell Telephone Company, a Texas Limited Partnership, Safeway Inc., Academy, Ltd., Background Information Systems, Inc., HEB Grocery Company, LP, RealPage, Inc., FedChex, L.L.C, LML Payment Systems Corp., D.B. Stringfellow, URAPI, The Hearst Corporation d/b/a Houston Chronicle, Texas Motor Transportation Association, EmagineNet Technologies, Inc., Texas Farm Bureau Mutual Insurance Company, Household Drivers Report, Inc. d/b/a HDR, Inc., Spartan Insurance Company, Insurance Technologies Corporation, ACS State & Local Solutions, Inc., Gila Corp. d/b/a Municipal Services Bureau, Hawkeye Insurance Services, Reliant Energy, Inc., American Student List, LLC, Source Data, Inc., Driver Training Associates, Inc. d/b/a TicketSchool.com, Jon Latorella, d/b/a LocatePlus Holdings Corporation, American Electric Power Service Corporation, Tenant Tracker, Inc., JI Specialty Services, Inc., Lee Farish Computer Services,

ORDER
HOU02:1139283.1

Inc., National Statistical Services Corporation, American Municipal Services, Ltd., Globe Life Accident And Insurance Company, ADP Screening and Selection Services, Inc., Softech International, Inc., Talbot Group, Inc., Safety-USA Institute, LLC, Paradise Development, Inc. d/b/a Drivesafe Defensive Driving, Aristotle International, Inc., Defensive Driver Online, Ltd., Global 360 BGS, Inc., ABC Data, Inc. d/b/a Unicard Systems, Inc., Biometric Access Company, ContinuedEd.com D/B/A Idrivesafely.com, Zebec Data Systems, Inc., InfoNation, Inc., Allied Resident/Employee Screening Service, Inc., United Teacher Associates Insurance Company, Federated Retail Holdings, Inc., f/k/a The May Department Stores Company d/b/a Foley's, Cross-Sell, Inc., PropertyInfo Corporation, Marshall Systems Technology, Inc., U.S. Interactive, Inc., Dallas Computer Information Systems, Realty Computer Solutions, Inc. d/b/a Real-Comp, Acxiom Risk Mitigation, Inc. and Acxiom Corporation, TeleCheck Services, Inc., Carfax, Inc., and ISO Claims Service, Inc. d/b/a Insurance Information Exchange ("these Defendants")'s Agreed Motion for Leave to File Reply to Plaintiffs' Response to Defendants' Consolidated Motion to Dismiss in Excess of Page Limitation.  The Court, having reviewed the Motion, is of the opinion that the Motion be and is hereby GRANTED.

IT IS THEREFORE ORDERED THAT these Defendants be given leave of Court to file their Reply to Plaintiffs' Response to Defendants' Consolidated Motion to Dismiss.

**ORDER**