# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv00001 |
| VERSUS | JUDGE DONALD E. WALTER |
| ACXIOM CORPORATION, ET AL. | |

**AND**

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv00013 |
| VERSUS | JUDGE DONALD E. WALTER |
| ACS STATE & LOCAL SOLUTIONS, INC., ET AL. | |

**AND**

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv00014 |
| VERSUS | JUDGE DONALD E. WALTER |
| TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, ET AL. | |

**AND**

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv00017 |
| VERSUS | JUDGE DONALD E. WALTER |
| SAFEWAY, INC., ET AL. | |

**AND**

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv00018 |
| VERSUS | JUDGE DONALD E. WALTER |
| BIOMETRIC ACCESS COMPANY, ET AL. | |

**AND**

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv00410 |
| VERSUS | JUDGE DONALD E. WALTER |
| FREEMAN PUBLISHING COMPANY | |

## ZEBEC DATA SYSTEMS, INC.'S REPLY TO PLAINTIFFS' RESPONSE TO SUPPLEMENT TO CONSOLIDATED MOTION TO DISMISS ON COMMON ISSUES

Zebec Data Systems, Inc. ("Zebec") files this Reply to Plaintiffs' Response to Supplement to Consolidated Motion to Dismiss on Common Issues and will demonstrate that this Court should dismiss all claims against Zebec.

## ARGUMENT

Zebec joined in the Consolidated Motion to Dismiss on Common Issues and Response to Plaintiffs' Statement of Violations ("Consolidated Motion") filed on April 18, 2008. This Consolidated Motion set forth numerous bases for the Court to dismiss this lawsuit. Zebec also filed a separate Response to Plaintiffs' Statement of Violations of the Drivers' Privacy Protection Act and Supplement to Consolidated Motion to Dismiss on Common Issues ("Zebec's Supplement"). Zebec's Supplement pointed out that its motion to dismiss included all grounds in the Consolidated Motion, as well as the ground that Plaintiffs are impermissibly contesting Zebec's certification to the State of Texas that it acquired motor vehicle records for purposes permitted by the DPPA.

Plaintiffs filed a separate Response to Zebec's Supplement contending that Zebec did not raise "any issues that were not addressed in Plaintiffs' Response to Defendants' Consolidated Motion to Dismiss on Common Issues" and only made "boilerplate" allegations in the Supplement (Plaintiffs' Resp. at 1). Zebec files this Reply to emphasize that it made no "boilerplate" allegations in either its motion to dismiss or in its supplemental response; rather, Zebec emphasized that it seeks dismissal based on all grounds in its motion to dismiss and in the Consolidated Motion, as well as the ground that the Plaintiffs are impermissibly attacking Zebec's certification to the State of Texas. The DPPA does not authorize this.

Zebec also joins the Consolidated Reply on behalf of all Defendants filed separately.

## CONCLUSION

For the above reasons, the reasons set forth in Zebec Data Systems, Inc.'s Motion to Dismiss and Reply, and the reasons in the Consolidated Motion to Dismiss and Consolidated Reply, the Court should dismiss Plaintiffs' claims against it with prejudice and award Zebec Data Systems, Inc. such other and further relief to which it is entitled, including costs.

                    Respectfully submitted,

                      /s/ Marvin C. Moos
                    MARVIN C. MOOS
                    State Bar No.: 14413900
                    1301 McKinney, Suite 2700
                    Houston, Texas  77010-3079
                    TELEPHONE:  713/333-4500
                    FACSIMILE:   713/333-4600

                    ATTORNEY-IN-CHARGE FOR DEFENDANT,
                    ZEBEC DATA SYSTEMS, INC.

OF COUNSEL:

EBANKS, SMITH & CARLSON, L.L.P.
1301 McKinney, Suite 2700
Houston, Texas  77010-3079
TELEPHONE:  713/333-4500
FACSIMILE:   713/333-4600

## **CERTIFICATE OF SERVICE**

I hereby certify that on the May 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Elizabeth E. Baker
Philip John
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana
Suite 3000
Houston, TX 77002

Jason R. Searcy
Amy Bates Ames
Joshua P. Searcy
JASON R. SEARCY &
ASSOCIATES, P.C.
P.O. Box 3929
Longview, TX 75606

Chad M. Pinson
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201-2980
COUNSEL FOR AMERICAN DRIVING RECORDS, INC. D/B/A FIRST ADVANTAGE ADR, A/K/A AGENCY RECORDS, INC.

Brent Samuel Lee
Craig Alan Haynes
Thompson & Knight LLP
1700 Pacific Ave., Suite 3300
Dallas, TX 75201
COUNSEL FOR LML PAYMENT SYSTEMS CORP.

John E. Collins
SBN: 04613000
Burleson, Pate & Gibson
2414 N. Akard, Ste. 700
Dallas, Texas 75201
COUNSEL FOR URAPI

Thomas Mathew Corea
Jeremy Reade Wilson
The Corea Firm, PLLC
325 N St Paul St
Suite 4150
Dallas, TX 75201

James Mark Mann
The Mann Firm
300 W. Main
Henderson, TX 75652
COUNSEL FOR PLAINTIFFS

Neal W. Hardin
Attorney at Law
1150 Lakeway Drive
Suite 101
Austin, TX 78734
COUNSEL FOR REALTIME-ID, LP

Brian C. Jobe
Wimer & Jobe
13455 Noel Rd., Suite 1000
Dallas, TX 75251

Michael G. Wimer
Wimer & Jobe
349 Haywood Rd.
Asheville, NC 28806
COUNSEL FOR ALLIED RESIDENT/EMPLOYEE SCREENING SERVICE

Alan Neil Greenspan
Luke Ellis
Jackson Walker
901 Main St., Suite 6000
Dallas, TX 75202-3797

James M. Walls
CARLTON FIELDS, PA
P.O. Box 3239
Tampa, FL 33601-3239
COUNSEL FOR CERTEGY CHECK SERVICES, INC. d/b/a Equifax Payment Services, Inc. and FINANCIAL, INC.

Robert M Strasnick
Andrews & Updegraph
70 Washington St., Suite 212
Salem, MA 01970
COUNSEL FOR JON LATORELLA

Michael L. Bernoudy, Jr.
The Benoudy Law Firm
2660 E. End Blvd. S., Suite 110
Marshall, TX 75672
COUNSEL FOR COE INFORMATION PUBLISHERS, INC.

Brett Lee Myers
David Goodman & Madole
5420 LBJ Freeway
Suite 1200
Dallas, TX 75240
COUNSEL FOR ATM CONNECTION, INC.

4

| | | |
|---|---|---|
| Jeffrey R. Elkin<br>PORTER & HEDGES<br>1000 Main Street, 36th Floor<br>Houston, TX 77002<br>COUNSEL FOR<br>PROPERTYINFO<br>CORPORATION | Tristan Belew Ellis<br>T. Belew Ellis<br>P. O. Box 802<br>Marshall, TX 75671-0802<br>COUNSEL FOR<br>MARSHALL SYSTEMS<br>TECHNOLOGY, INC. | James Patrick Kelley<br>Ireland Carroll & Kelley<br>6101 S Broadway, Suite 500<br>Tyler, TX 75703<br>COUNSEL FOR ACXIOM<br>RISK MITIGATION, INC. |
| Robert Langdon Ramey<br>Ramey & Chandler<br>750 Bering Dr.<br>Suite 600<br>Houston, TX 77057<br>COUNSEL PRO SE FOR<br>SOURCE DATA, INC. | Jennifer Haltom Doan<br>Joshua R. Thane<br>Haltom & Doan<br>Crown Executive Center<br>Suite 1 A<br>6500 Summerhill Road<br>Texarkana, TX 75503 | S. Calvin Capshaw<br>Elizabeth L. DeRieux<br>CAPSHAW DERIEUX, LLP<br>Energy Centre<br>P.O. Box 3999<br>Longview, TX 75606-3999 |
| Kyle W Johnson<br>David Goodman & Madole<br>5420 LBJ Freeway<br>Suite 1200<br>Dallas, TX 75240<br>COUNSEL FOR TML<br>INFORMATION SERVICES,<br>INC. | Randall K. Miller<br>Michelle Killick<br>Arnold & Porter LLP<br>1600 Tysons Boulevard<br>Suite 900<br>McLean, VA 22102-4865<br>COUNSEL FOR BIOMETIC<br>ACCESS COMPANY and<br>MIDWEST DATA CENTER,<br>INC. | David G. Russell<br>Jodi E. Zysek<br>PARKER, HUDSON, RAINER<br>& DOBBS, LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Ave. NE<br>Atlanta, GA 30303<br>COUNSEL FOR TELECHECK<br>SERVICES, INC. |
| Robin Leaf Harrison<br>CAMPBELL HARRISON &<br>DAGLEY, L.L.P.<br>4000 Two Houston, Center<br>909 Fannin<br>Houston, TX 77010<br>COUNSEL FOR ADP<br>SCREENING AND<br>SELECTION SERVICES,<br>INC. A/K/A AVERT, INC.<br><br>John E. Collins<br>Burleson, Pate & Gibson<br>2414 N, Akard, Ste. 700<br>Dallas, Texas 75201<br>COUNSEL FOR URAPI | Walter J. Cicack<br>Karl E. Neudorfer<br>SEYFARTH SHAW LLP<br>700 Louisiana Street<br>Suite 3700<br>Houston, TX 77002<br><br>Michael Charles Smith<br>The Roth Law Firm<br>115 N. Wellington<br>Suite 200<br>P.O. Box 876<br>Marshall, TX 75671-0876<br>COUNSEL FOR<br>U.S. INTERACTIVE, INC. | Douglas E. Koger<br>14090 Southwest Freeway<br>Suite 300<br>Sugar Land, TX 77478<br>COUNSEL FOR<br>EMAGINENET<br>TECHNOLOGIES, INC.<br><br>Stephen Douglas Henninger<br>Martin, Disiere, Jefferson &<br>Wisdom<br>900 Jackson Street, Suite 710<br>Dallas, TX 75202<br>COUNSEL FOR FEDCHEX.<br>LLC. |

        /s/ Marvin C. Moos
        MARVIN C. MOOS