# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv00001 |
| VERSUS | JUDGE DONALD E. WALTER |
| ACXIOM CORPORATION, ET AL. | |

**AND**

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv00013 |
| VERSUS | JUDGE DONALD E. WALTER |
| ACS STATE & LOCAL SOLUTIONS, INC., ET AL. | |

**AND**

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv00014 |
| VERSUS | JUDGE DONALD E. WALTER |
| TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, ET AL. | |

**AND**

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv00017 |
| VERSUS | JUDGE DONALD E. WALTER |
| SAFEWAY, INC., ET AL. | |

**AND**

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv00018 |
| VERSUS | JUDGE DONALD E. WALTER |
| BIOMETRIC ACCESS COMPANY, ET AL. | |

**AND**

| | |
|---|---|
| SHARON TAYLOR, ET AL. | CIVIL ACTION NO. 2:07cv00410 |
| VERSUS | JUDGE DONALD E. WALTER |
| FREEMAN PUBLISHING COMPANY | |

## INFONATION, INC.'S REPLY TO PLAINTIFFS' RESPONSE TO SUPPLEMENT TO CONSOLIDATED MOTION TO DISMISS ON COMMON ISSUES

Dockets.Justia.com

InfoNation, Inc. ("InfoNation") files this Reply to Plaintiffs' Response to Supplement to Consolidated Motion to Dismiss on Common Issues and will demonstrate that this Court should dismiss all claims against InfoNation.

## ARGUMENT

InfoNation joined in the Consolidated Motion to Dismiss on Common Issues and Response to Plaintiffs' Statement of Violations ("Consolidated Motion") filed on April 18, 2008. This Consolidated Motion set forth numerous bases for the Court to dismiss the lawsuit. InfoNation also separately filed its own Response to Plaintiffs' Statement of Violations of the Drivers' Privacy Protection Act and Supplement to Consolidated Motion to Dismiss on Common Issues ("InfoNation's Supplement"). That Supplement explained that InfoNation's motion to dismiss included all grounds in the Consolidated Motion, as well as the ground that Plaintiffs are impermissibly contesting InfoNation's certification to the State of Texas that it acquired motor vehicle records for purposes permitted by the DPPA.

Plaintiffs filed a separate Response to InfoNation's Supplement contending that InfoNation did not raise "any issues that were not addressed in Plaintiffs' Response to Defendants' Consolidated Motion to Dismiss on Common Issues" and only made "boilerplate" allegations in the Supplement (Plaintiffs' Resp. at 1). InfoNation files this Reply to emphasize that it made no "boilerplate" allegations in either its motion to dismiss or in its supplemental response; rather, InfoNation emphasized that it seeks dismissal based on all grounds in its motion to dismiss and in the Consolidated Motion, as well as the ground that the Plaintiffs are impermissibly attacking InfoNation's certification to the State of Texas. The DPPA does not authorize this.

InfoNation also joins the Consolidated Reply on behalf of all Defendants filed separately.

## CONCLUSION

For the above reasons, the reasons set forth in InfoNation, Inc.'s Motion to Dismiss and Reply, and the reasons in the Consolidated Motion to Dismiss and Consolidated Reply, the Court should dismiss Plaintiffs' claims against it with prejudice and award InfoNation, Inc. such other and further relief to which it is entitled, including costs.

Respectfully submitted,


    /s/ Marvin C. Moos
MARVIN C. MOOS
State Bar No.: 14413900
1301 McKinney Street, Suite 2700
Houston, Texas  77010
TELEPHONE:  713/333-4500
FACSIMILE:    713/333-4600

ATTORNEY-IN-CHARGE FOR DEFENDANT,
INFONATION, INC.

OF COUNSEL:

EBANKS, SMITH & CARLSON, L.L.P.
1301 McKinney Street, Suite 2700
Houston, Texas  77010
TELEPHONE:  713/333-4500
FACSIMILE:    713/333-4600

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Jeremy Reade Wilson
The Corea Firm, PLLC
The Republic Center
325 North St. Paul Street, Suite 4150
Dallas, TX 75201
COUNSEL FOR PLAINTIFFS

John Michael Dorman
Locke, Lord, Bissell & Liddell LLP
600 Travis St., Suite 3400
Houston, TX 77002-3004
COUNSEL FOR DEFENDANT
DEFENSIVEDRIGIN.COM

Paul M. Boyd
Boyd & Brown
1215 Pruitt Place
Tyler, TX 75703
COUNSEL FOR DEFENDANT REALTY
COMPUTER SOLUTIONS, INC. d/b/a
REAL-COMP

Eric P. Chenoweth
Yetter & Warden
909 Fannin, Suite 3600
Houston, TX 77010
COUNSEL FOR DEFENDANT RELIANT
ENERGY, INC.

Brock C. Akers
Phillips & Akers
3200 Southwest Freeway., Suite 3200
Houston, TX 77027-7523
COUNSEL FOR DEFENDANT FREEMAN
PUBLISHERS, INC.

William W. Allen
Gess, Mattingly & Atchison
201 West Short Street
Lexington, KY 40507
COUNSEL FOR DEFENDANT CROSS-
SELL, INC.

Michael Porter Heiskell
Johnson, Vaughn & Heiskell
5601 Bridge Street
Fort Worth, TX 76112
COUNSEL FOR DEFENDANT NATIONAL
STATISTICAL SERVICE CORPORATION

Dwight M. Francis
Lisa L. Honey
Gardere Wynne Sewell
1601 Elm St.
3000 Thanksgiving Tower
Dallas, TX 75201

Lisa L. Honey
Gardere Wynne Sewell, LLP
1601 Elm St.
3000 Thanksgiving Tower
Dallas, TX 75201
COUNSEL FOR DEFENDANT TXU
BUSINESS

    /s/ Marvin C. Moos
MARVIN C. M. MOOS