Taylor et al v. Acxiom Corporation et al
Doc. 94
Case 2:07-cv-00001   Document 94   Filed 05/16/2008   Page 1 of 3

**THE COREA FIRM, P.L.L.C.**
Thomas M. Corea
Texas Bar No. 24037906
Jeremy R. Wilson
Texas Bar No. 24037722
The Republic Center
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201
Telephone:(214)953-3900
Facsimile: (214)953-3901

**OTSTOTT & JAMISON, P.C.**
George A. Otstott
Texas Bar No. 15342000
Ann Jamison
Texas Bar No. 00798278
Two Energy Square
4849 Greenville Avenue, Suite 1620
Dallas, Texas 75206
Telephone:(214)522-9999
Facsimile: (214)828-4388

**THE MANN FIRM**
James Mark Mann
Texas Bar No. 12926150
300 W. Main
Henderson, TX 75652
Telephone: (903)687-8540
Facsimile: (903)657-6003

**ATTORNEYS FOR PLAINTIFFS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>ACXIOM CORPORATION, *et al.*,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 2:07-cv-00001-TJW<br><br>JUDGE: DONALD E. WALTER<br><br>**NOTICE OF DISMISSAL OF<br>CERTAIN DEFENDANTS** |

## STIPLUATION OF DISMISSAL

Pursuant to Rule 41(a), Plaintiffs hereby file this Notice of Dismissal of Certain Defendants only, and in support thereof show:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs and Defendant Texas Motor Transportation Association stipulate to the dismissal of all claims in this action against Texas Motor Transportation Association WITHOUT PREJUDICE. Each party is to bear its own costs and expenses, including attorneys' fees. At the time of this dismissal Plaintiffs hereby dismiss all claims against Defendant, Texas Motor Transportation Association WITHOUT PREJUDICE.

THE COREA FIRM, PLLC

THOMAS M. COREA        TX STATE BAR #24037906
JEREMY R. WILSON       TX STATE BAR #24037722
The Republic Center
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201
Telephone: (214) 953-3900
Facsimile: (214) 953-3901

OTSTOTT & JAMISON, P.C.
GEORGE A. OTSTOTT      TX STATE BAR #15342000
ANN JAMISON            TX STATE BAR #00798278
Two Energy Square
4849 Greenville Avenue, Suite 1620
Dallas, Texas 75206
Telephone: (214) 522-9999
Facsimile: (214) 828-4388

THE MANN FIRM
JAMES MARK MANN        TX STATE BAR #12926150
300 W. Main
Henderson, Texas 75652
Telephone: (903) 687-8540
Facsimile: (903) 657-6003

**ATTORNEYS FOR PLAINTIFFS**

DODSON & DODSON, L.L.P.

_[signature]_

RICHARD N. DODSON   TX STATE BAR #05942230
ROBERT E. DODSON    TX STATE BAR #05942250
2005 Moores Lane
Post Office Box 1877
Texarkana, Texas 75503
Telephone:  (903) 794-3121
Facsimile:   (903) 793-4801

### CERTIFICATE OF SERVICE

This is to certify that the foregoing document was electronically filed with the Clerk's office through the Courts CM/EDF system in compliance with this Court's Local Rule CV-5(a). Pursuant to Local Rule CV-5(a)(3)(A), the filing of this motion using the Court's CM/ECF system will serve a copy of such motion upon all known counsel of record who have consented to electronic service.

_[signature]_
Jeremy R. Wilson