IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, et al., | § | CONSOLIDATED |
| | § | Cause No. 2:07-cv-00001 |
| Plaintiffs, | § | |
| | § | ORIGINAL |
| v. | § | Cause No. 2:07-cv-00410 |
| | § | |
| FREEMAN PUBLISHERS, INC. et al. | § | |
| | § | |
| Defendants. | § | JUDGE DONALD E. WALTER |

## NOTICE OF FIRM NAME CHANGE

Please note that the firm name of Yetter & Warden, L.L.P. has changed to Yetter, Warden & Coleman, L.L.P. Its address and contact information remain the same.

Dated: May 28, 2008

Of Counsel:

YETTER, WARDEN & COLEMAN, L.L.P.
Eric P. Chenoweth
State Bar No. 24006989
909 Fannin, Suite 3600
Houston, Texas 77010
(713) 632-8000
(713) 632-8002 (Fax)
echenoweth@yetterwarden.com

Respectfully submitted,

　　　　　　/s/
R. Paul Yetter
State Bar No. 22154200
YETTER, WARDEN & COLEMAN, L.L.P.
909 Fannin, Suite 3600
Houston, Texas 77010
(713) 632-8000
(713) 632-8002 (Fax)
pyetter@yetterwarden.com

Attorneys for Defendant
Reliant Energy, Inc.

## Certificate of Service

I hereby certify that the foregoing has been filed pursuant to the electronic filing requirements of the United States District Court for the Eastern District of Texas on this, the 28th day of May, 2008, which provides for service on counsel of record in accordance with the electronic filing protocols in place.

                                              /s/
                                    Eric Chenoweth