IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> ACXIOM CORPORATION, *et al.*, <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § | CAUSE NO. 2:07-cv-00001-TJW <br><br> JUDGE: DONALD E. WALTER <br><br> NOTICE OF DISMISSAL OF <br> CERTAIN DEFENDANTS |

## ORDER OF DISMISSAL OF CERTAIN DEFENDANTS

This matter is before the Court on Plaintiffs' Notice of Dismissal of Certain Defendants. Having reviewed the matter, the Court hereby ORDERS that this action be dismissed WITHOUT PREJUDICE as to the following Defendants: Texas Motor Transportation Association. Each party is to bear its own costs, expenses, and attorneys' fees.

Dockets.Justia.