**THE COREA FIRM, P.L.L.C.**
Thomas M. Corea
Texas Bar No. 24037906
Jeremy R. Wilson
Texas Bar No. 24037722
The Republic Center
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201
Telephone:(214)953-3900
Facsimile: (214)953-3901

**OTSTOTT & JAMISON, P.C.**
George A. Otstott
Texas Bar No. 15342000
Ann Jamison
Texas Bar No. 00798278
Two Energy Square
4849 Greenville Avenue, Suite 1620
Dallas, Texas 75206
Telephone:(214)522-9999
Facsimile: (214)828-4388

**ATTORNEYS FOR PLAINTIFFS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHARON TAYLOR, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>ACXIOM CORPORATION, *et al.*,<br>Defendants. | § § § § § § § | CAUSE NO. 2:07-cv-00001-TJW<br><br>JUDGE: DONALD E. WALTER<br><br>**NOTICE OF DISMISSAL OF<br>CERTAIN DEFENDANTS** |

## STIPLUATION OF DISMISSAL

Pursuant to Rule 41(a), Plaintiffs hereby file this Notice of Dismissal of Certain Defendants <u>only</u>, and in support thereof show:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs and Defendant Academy, Ltd. stipulate to the dismissal of all claims in this action against Academy, Ltd. WITHOUT

PREJUDICE. Each party is to bear its own costs and expenses, including attorneys' fees. At the time of this dismissal Plaintiffs hereby dismiss all claims against Defendant, Academy, Ltd. WITHOUT PREJUDICE.

**THE COREA FIRM, PLLC**

/Jeremy R. Wilson/
Thomas M. Corea
State Bar No. 24037906
Jeremy R. Wilson
State Bar No. 24037722
The Republic Center
325 North St. Paul Street, Suite 4150
Dallas, Texas 75201
Telephone:  214.953.3900
Facsimile:   214.953.3901

**ATTORNEYS FOR PLAINTIFFS**

**OTSTOTT & JAMISON, P.C.**
George A. Otstott
Texas Bar No. 15342000
Ann Jamison
Texas Bar No. 00798278
Two Energy Square
4849 Greenville Avenue, Suit 1620
Dallas, Texas 75206
Telephone:    214.522.9999
Facsimile:     214.828.4388

**THE MANN FIRM**
James Mark Mann
Texas Bar No. 12926150
300 W. Main
Henderson, TX  75652
Telephone:    903.687.8540
Facsimile:     903.657.6003

**BAKER BOTTS**

/Chad Michael Pinson/
Chad Michael Pinson
2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2980
Telephone:    214.953.6621
Facsimile:     214.661.4621

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was electronically filed with the Clerk's office through the Courts CM/EDF system in compliance with this Court's Local Rule CV-5(a). Pursuant to Local Rule CV-5(a)(3)(A), the filing of this motion using the Court's CM/ECF system will serve a copy of such motion upon all known counsel of record who have consented to electronic service.

/Jeremy R. Wilson/
Jeremy R. Wilson